## UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) TROY D. GERMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. CIV-19-751-F** |
| ) | |
| **(1) BILLY D. "RUSTY" RHOADES,** ) | |
| **Individually;** ) | |
| **(2) MICHAEL HARRELL, individually** ) | |
| **(3) BRIAN ORR, individually, and,** ) | |
| **(4) MEGAN SIMPSON, individually.** ) | |
| ) | |
| **Defendants.** ) | |

## WITNESS LIST OF DEFENDANT BRIAN ORR

COMES NOW, Defendant, Brian Orr, by and through his Attorneys of Record, S. Alex Yaffe Esq. and Andrew M. Casey, Esq. and submits the following witness list for use at trial. Defendant notes that discovery is ongoing and that additional witnesses may be added as necessary.

## WITNESSES EXPECTED TO BE CALLED

| No, | Name | Proposed Testimony |
|---|---|---|
| 1. | Brian Orr<br>C/O counsel of record<br>Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | Not deposed, defendant in case.  All matters concerning complaints and answers.  Additional expected testimony provided in troop z interview summaries. |
| 2. | Rusty Rhoades<br>c/o Drummond Law, PLLC | Deposed, defendant in case. All matters concerning complaints and answers. |

1

| | 1500 South Utica Avenue, Suite 400<br>Tulsa, Oklahoma 74104-6522 | Additional expected testimony provided in Troop Z interview summaries |
|---|---|---|
| 3. | Megan Simpson<br>c/o Drummond Law, PLLC<br>1500 South Utica Avenue, Suite 400<br>Tulsa, Oklahoma 74104-6522 | Deposed, defendant in case. All matters concerning complaints and answers. Additional expected testimony provided in Troop Z interview summaries. |
| 4. | Michael Harrell<br><br>c/o Drummond Law, PLLC<br>1500 South Utica Avenue, Suite 400<br>Tulsa, Oklahoma 74104-6522 | Deposed, defendant in case. All matters concerning complaints and answers. Additional expected testimony provided in Troop Z interview summaries . |
| 5. | Troy German<br><br>c/o Barrett T. Bowers,<br>Barrett T. Bowers, PLLC<br>P.O. Box<br>891628<br>Oklahoma City, Oklahoma 73189 | Plaintiff in case. All matters concerning complaints and answers. Additional expected testimony provided in Troop Z interview summaries. |
| 6. | Major Jason Holt<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | Case agent. All matters concerning the Troop Z investigation of Plaintiff, including content of interviews of parties and witnesses during the investigation and findings and conclusions reached during the investigation. |
| 7. | Trooper Jim Parrish<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033 | Co-case agent.  All matters concerning the Troop Z investigation of Plaintiff, including content of interviews of parties and witnesses during the investigation |

| | | |
|---|---|---|
| | Facsimile:  405-632-3036<br>andrewc@fylaw.com | and findings and conclusions reached during the investigation. |
| 8. | Lieutenant Robert Francis<br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170 | He will testify regarding interview of witnesses in Troop Z investigation, including Plaintiff.  He will also testify regarding search warrant of residence in McIntosh County, OK |
| 9. | Trooper Paul Christian<br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170 | He will testify regarding the investigation into Plaintiff providing test questions to Defendant Brian Orr. |
| 10. | Assistant Attorney General, Dane Towery<br>Oklahoma Attorney General Office<br>313 N.E. 21st Street<br><br>Oklahoma City, OK 73105 | He will testify regarding matters related to prosecution of Plaintiff, including a settlement agreement whereby charges against Plaintiff were dismissed in exchange for Plaintiff's agreement to resign his employment with the State |
| | | |
| | **The following witnesses may be called if the need arises:** | |
| 11. | Lieutenant Johnny Fairres<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He will testify regarding interview of witnesses in Troop Z investigation, including Plaintiff.  He will also testify regarding search warrant of residence in McIntosh County, OK |
| 12. | Lieutenant Robert Francis<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036 | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff, including forensic downloads of cell phones and digital media storage devices during the Troop Z investigation |

| | | |
|---|---|---|
| | andrewc@fylaw.com | |
| 13 | Intelligence Analyst Trista Wynn Gregory<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | She may testify regarding investigative work for Troop Z investigation of Plaintiff, including analysis of cell phone records |
| 14 | Trooper Matt Gottschalk<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff, including forensic downloads of cellular telephones and digital media storage devices |
| 15 | Trooper Cliff Kinsler<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify regarding investigative work for Troop Z investigation of Plaintiff . |
| 16 | Trooper Anthony Linares<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify regarding investigative work for Troop Z investigation of Plaintiff |

| | | |
|---|---|---|
| 17 | Trooper Kevin Logan<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify regarding investigative work for Troop Z investigation of Plaintiff |
| 18 | Trooper Aaron McKey<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify regarding investigative work for Troop Z investigation of Plaintiff |
| 19 | Trooper David Medlin<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify regarding investigative work for Troop Z investigation of Plaintiff |
| 20 | Trooper Scott Miller<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify regarding investigative work for Troop Z investigation of Plaintiff |
| 21 | Trooper Michael Orr | |

| | | |
|---|---|---|
| | c/o Dept. of Public Safety<br>c/o Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK 73170<br>Telephone: 405-378-3033<br>Facsimile: 405-632-3036<br>andrewc@fylaw.com | He may testify regarding investigative work for Troop Z investigation of Plaintiff |
| 22 | Trooper Bobby Raines<br><br>c/o Dept. of Public Safety<br>c/o Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK 73170<br>Telephone: 405-378-3033<br>Facsimile: 405-632-3036<br>andrewc@fylaw.com | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff |
| 23 | Trooper Destry Richardson<br><br>c/o Dept. of Public Safety<br>c/o Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK 73170<br>Telephone: 405-378-3033<br>Facsimile: 405-632-3036<br>andrewc@fylaw.com | She may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff |
| 24 | Trooper Traye Ross<br><br>c/o Dept. of Public Safety<br>c/o Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK 73170<br>Telephone: 405-378-3033<br>Facsimile: 405-632-3036<br>andrewc@fylaw.com | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff |
| 25 | Trooper Stephen Spencer<br><br>c/o Dept. of Public Safety<br>c/o Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK 73170 | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff |

| | | |
|---|---|---|
| | Telephone:  405-378-3033<br>Facsimile: 405-632-3036<br>andrewc@fylaw.com | |
| 26 | Trooper Matt Sullivan<br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile: 405-632-3036<br>andrewc@fylaw.com | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff |
| 27 | Trooper Michael Wallace<br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile: 405-632-3036<br>andrewc@fylaw.com | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff |
| 28 | Trooper Eddie Weiler<br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff |
| 29 | Darren Gordon<br>OK County DA's office<br>320 Robert S Kerr<br>OKC OK 73102 | He may testify regarding investigative work for Troop Z investigation of Plaintiff, including forensic downloads of digital media storage devices |
| 30 | Master Sergeant Steve Chandler<br>University of Oklahoma Police Dept<br>2775 S. Monitor Ave | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff . |

| | | |
|---|---|---|
| | Norman, OK 73072 | |
| 31 | Analyst Anthony Meter<br><br>c/o Homeland Security investigations<br>Computer forensics<br>300 north Denver ave<br>Tulsa ok 74103 | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff |
| 32 | Detective Eric Leverington<br>Tulsa PD<br>600 Civic Center<br>Tulsa, OK 74103 | He may testify regarding interviews and investigative work for Troop Z investigation of Plaintiff |
| 33 | Major Todd Blish<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 34 | Assistant Chief Gary Boggess Interview<br><br>c/o Address and contact information in Troop Z investigation. | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 35 | Lt. Eddie Bohanon<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 36 | Cliff Craig | |

| | Address and contact information in Troop Z investigation. | He may testify consistent with his interview summary provided in the Troop Z investigation |
|---|---|---|
| 37 | **Gerald Davidson**<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 38 | Chief Ray Driskell<br><br>Address and contact information in troop z investigation | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 39 | Kim Evans<br><br>Address and contact information in troop z investigation | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 40 | Rodney Faulkenberry<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 41 | Lt. Mike Fike<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |

| 42 | Special Agent Stan Florence<br>c/o Oklahoma State Bureau of Investigation ("OSBI")<br>6600 N. Harvey Pl.<br><br>Oklahoma City, OK 73116 | He may testify consistent with his interview summary provided in the Troop Z investigation |
| --- | --- | --- |
| 43 | Lieutenant Derek Griffey<br><br>c/o Dept. of Public Safety<br>c/o Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK 73170<br>Telephone: 405-378-3033<br>Facsimile: 405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 44 | Brandon Johnson<br><br>c/o Dept. of Public Safety<br>c/o Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK 73170<br>Telephone: 405-378-3033<br>Facsimile: 405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 45 | Tanara Lang<br><br>c/o Dept. of Public Safety<br>c/o Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK 73170<br>Telephone: 405-378-3033<br>Facsimile: 405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 46 | Matthew Lay<br><br>c/o Dept. of Public Safety<br>c/o Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK 73170<br>Telephone: 405-378-3033 | He may testify consistent with his interview summary provided in the Troop Z investigation |

| | | |
|---|---|---|
| | Facsimile:  405-632-3036<br>andrewc@fylaw.com | |
| 47 | Lt. Col. Russell Maples<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 48 | Major Pat Mays<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 49 | Major Mike McClelland<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 50 | Major Mike Mize<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |

| | | |
|---|---|---|
| 51 | Trooper Ken Pittman<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 52 | Mike Sanders<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 53 | **Lt. Ron Shatsar**<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 54 | Trooper Mike Smith<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |

| 55 | Major Brent Sugg<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| --- | --- | --- |
| 56 | Captain Tim Tipton<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 57 | **Major Garrett Vowell**<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 58 | Captain Joe Williams<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 59 | Lt. Colonel JD Wilson<br><br>c/o Dept. of Public Safety | |

| | | |
|---|---|---|
| | c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify consistent with his interview summary provided in the Troop Z investigation |
| 60 | Lt. Dawson Blacklee<br><br>c/o Dept. of Public Safety<br>c/o  Foshee & Yaffe<br>12231 S. May Ave<br>Oklahoma City, OK  73170<br>Telephone:  405-378-3033<br>Facsimile:  405-632-3036<br>andrewc@fylaw.com | He may testify regarding the investigation into Plaintiff providing test questions to Lt. Blacklee in violation of trooper code of ethics. |
| 61 | All witnesses listed by Plaintiff and other defendants, not otherwise objected to by Defendant | Facts and circumstances relevant to allegations contained in the Complaint. |
| 62 | Rebuttal witnesses | |
| 63 | Authentication witnesses | |
| 64 | Records custodians | |
| 65 | This list will be supplemented during discovery or as otherwise required by the Federal Rules of Civil Procedure or the Court's Scheduling Order. Discovery is ongoing | |

Respectfully Submitted,
/s/Andrew M. Casey_____
**S. ALEX YAFFE, OBA No. 21063**
**ANDREW M. CASEY**, OBA# 32371
Foshee & Yaffe
12231 S. May Ave.
Oklahoma City, OK  73170
Telephone:  405-378-3033
Facsimile:  405-632-3036

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 26, 2020, I filed the above document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

<u>s/ <em>Andrew M. Casey</em></u>