# TROY GERMAN, PLAINTIFF, V. BRIAN ORR, DEFENDANT

# WDOK 19-CV-751-F

# MOTION EXHIBITS FOR DEFENDANT ORR'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 1 – SHATSAR INTERVIEW SUMMARY

Oklahoma Department of Public Safety
**Oklahoma Highway Patrol**

SUPPLEMENTAL FORM

☒ OHP Investigation
☐ Agency Assist

Page 1 of 3

TITLE OF REPORT        **LIEUTENANT RON SHATSAR INTERVIEW**

On Thursday, December 20, 2018, at 10:19 A.M., Lieutenant RON SHATSAR was interviewed pursuant to criminal investigation case number 18-0631CI. SHATSAR is employed by the Oklahoma Highway Patrol, and is assigned to Troop D. Troop D is located at 2501 South George Nigh Expressway, McAlester, Oklahoma 74501. The contact telephone number is (918) 423-3636. SHATSAR was interviewed by Lieutenant ROBERT FRANCIS. The interview was conducted at the LeFlore County 911 Center, located at 1215 South Broadway Street, Poteau, Oklahoma 74953. After being informed of the reason for the interview, SHATSAR provided the following information.

On Tuesday, May 22, 2018, SHATSAR had interviewed for a lieutenant promotion. Prior to the interview, SHATSAR had reviewed policy and prepared himself by asking others what type questions were typically asked in the interviews. Upon returning to work on Thursday, May 24, Captain TROY GERMAN appointed SHATSAR and Trooper JAMES MCKEY as acting lieutenants while another lieutenant was gone on leave. SHATSAR later received an email from GERMAN that requested SHATSAR to work a day shift, because Major JACK MCCOY would be visiting their headquarters.

MCCOY arrived and GERMAN told SHATSAR that MCCOY would like to speak with him. MCCOY requested SHATSAR to have a seat. MCCOY told SHATSAR he was under investigation for cheating on the oral interview. MCCOY informed SHATSAR the interview would be recorded. MCCOY said he was going to ask some questions, in which he already knew the answers. MCCOY presented SHATSAR the pre-interview directive and had SHATSAR read it aloud.

SHATSAR was asked to sign the document and was presented his Garrity Warning. MCCOY had SHATSAR initial and date the document. MCCOY said there was a rumor SHATSAR had the promotional interview questions. MCCOY asked SHATSAR, why he contacted Lieutenant EDDIE BOHANAN on Monday, May 21, 2018, and asked about a supervisor's log and how to deal with a drunk trooper. SHATSAR explained, if he was asked in the promotion interview what the additional duties of a supervisor were, he wanted to provide an additional explanation to separate himself from the other interviewees. SHATSAR told MCCOY, the same question had been asked for the last 10 years during the interview board.

| INVESTIGATING TROOPER | BADGE # | TROOP | COUNTY | AGENCY CASE # | DATE OF REPORT |
|---|---|---|---|---|---|
| TRP MICHAEL ORR | 660 | Z | OKLAHOMA | 18-0631CI | 01/03/2019 |

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

**LIEUTENANT RON SHATSAR INTERVIEW**

Page 2 of 3

SHATSAR hoped to be able to give a good response and that is why he had asked BOHANAN. MCCOY said, so he was supposed to believe SHATSAR just coincidently knew two of the four interview questions. SHATSAR said yes, in addition to memorizing ten additional scenarios in preparation for the oral board. MCCOY asked SHATSAR who he had reached out to get the information. SHATSAR advised MCCOY he had reached out to MCCOY himself, in addition to two retired captains. SHATSAR told MCCOY he was only provided advice about general areas of study. MCCOY asked SHATSAR if he would be willing to submit to a polygraph. SHATSAR responded yes.

SHATSAR asked MCCOY who initiated the cheating complaint. MCCOY told SHATSAR it was a rumor in the field and no one filed an official complaint. SHATSAR asked MCCOY, why he would go through the trouble of memorizing ten different scenarios if he knew what the questions were. SHATSAR then demonstrated his preparedness by giving answers to questions that were not asked in the interview board. MCCOY then believed SHATSAR and told him the investigation was not going to go any further. GERMAN said he spoke to Major TODD BLISH and was advised SHATSAR gave an excellent interview, in addition to his score being close to 100 percent.

SHATSAR believed MCCOY and GERMAN were fishing for information. SHATSAR thought the two of them were attempting to obtain information that would expose someone else. SHATSAR was devastated by the entire scenario, in the belief his promotional opportunity was dead. SHATSAR was later promoted, however continued to document his experiences. SHATSAR feared in the six month probationary period as lieutenant, he would continually be negatively documented for minor infractions. SHATSAR prepared a letter documenting all the events. Trooper KYLE BORDEN is the only other trooper that had seen the letter.

SHATSAR had a conversation outside of the Talihina Police Department, with BOHANAN and the Chief of Police RODNEY FAULKENBERRY. BOHANAN told SHATSAR, GERMAN had information about cheating in the promotional process and had taken the information to Commissioner RUSTY RHOADES. GERMAN gave RHOADES an ultimatum, to either get rid of the Chief of Patrol or he would release the information. SHATSAR learned Lieutenant BRIAN ORR was the trooper involved in the controversy.

The conversation with BOHANAN was the first time SHATSAR had heard about the controversy. BOHANAN said GERMAN had a recording of the Chief, Commissioner, and ORR in a vehicle. The information in the recording was damning. SHATSAR also believed GERMAN recorded ORR in the field.

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

**LIEUTENANT RON SHATSAR INTERVIEW**

**Page 3 of 3**

GERMAN told SHATSAR at a later date, something was done incorrectly during Captain JOE LANG's promotional process. GERMAN was pulled into a meeting and informed LANG had filed a grievance in regards to the error. GERMAN knew LANG would be promoted after the meeting.

**NOTE: This interview was recorded. The digital file is included with this case.**

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.