# TROY GERMAN, PLAINTIFF, V. BRIAN ORR, DEFENDANT

# WDOK 19-CV-751-F

# MOTION EXHIBITS FOR DEFENDANT ORR'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 2 – SHATSAR STATEMENT

Oklahoma Department of Public Safety
**Oklahoma Highway Patrol**

**SUPPLEMENTAL FORM**

[x] OHP Investigation
[ ] Agency Assist

Page 1 of 2

TITLE OF REPORT                    RON SHATSAR STATEMENT

On May 24, 2018, at approximately 10:20 A.M. Captain TROY GERMAN approached Trooper RON SHATSAR who was seated in the supervisor office. GERMAN told SHATSAR that Major JACK MCCOY would like to speak to him in Captain GERMAN'S office. SHATSAR entered the office and was told to be seated by MCCOY. MCCOY informed SHATSAR that he was under investigation for cheating on the interview that had recently taken place in Oklahoma City on May 22, 2018. MCCOY stated to SHATSAR that the interview would be recorded. MCCOY activated a recorder to record the conversation. MCCOY began by telling SHATSAR that he was going to ask some questions, and he already knew the answers to those questions. MCCOY presented SHATSAR with the Pre-Interview Directive and had SHATSAR read it out loud. SHATSAR was then asked to sign and date this document. SHATSAR was then presented with his Advice of Rights. MCCOY asked SHATSAR to initial at the appropriate places and sign and date. MCCOY stated that there is a lot of talk going around that SHATSAR had the interview questions. MCCOY asked SHATSAR why he would contact Lt. EDDIE BOHANAN on May 21, 2018, and ask about a Supervisor Log, and how to deal with a drunk Trooper. SHATSAR explained that he had asked BOHANAN about the supervisor log because if he was asked what the duties of a supervisor were he wanted to add an additional explanation to separate himself from the group of interviewers giving the same general answer. SHATSAR explained that he had asked about the arrest of a Trooper who had been drinking because over the last 10 years that scenario had came up during interviews and SHATSAR wanted to give a good response and seek the advise of a Lieutenant. MCCOY asked SHATSAR if he was suppose to believe that this was just a coincidence that SHATSAR inquired about 2 of the 4 interview questions. SHATSAR stated yes and that he had also memorized 10 other scenario based questions such as:

1. How to Investigate a formal complaint.
2. What are the duties and responsibilities of Patrol Lieutenant.
3. How to manage a civil disturbance.
4. How to investigate a unit collision on a member.
5. Explain what NIMS or ICS procedures are.
6. Have a 2-3 minute speech prepared about the Oklahoma Highway Patrol.
7. Know the disciplinary matrix.
8. How to deal with an active shooter scenario.
9. What is Cannons of Police.
10. What is confidential information.

| INVESTIGATING TROOPER | BADGE # | TROOP | COUNTY | AGENCY CASE # | DATE OF REPORT |
|---|---|---|---|---|---|
| R.E. SHATSAR | 386 | D | PITTSBURG | -- | 05/25/2018 |

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

**RON SHATSAR STATEMENT**

**Page 2 of 2**

SHATSAR explained that for several weeks he had memorized policy and had answers for the above mentioned scenarios. MCCOY asked SHATSAR who he had spoken to prior to his interview and when. SHATSAR stated that he had reached out to MCCOY himself who gave the advise to answer the questions from the point of view of a Patrol Lieutenant, retired Captain Jess Henry, and retired Captain Scott Horton. SHATSAR stated that he was only ever supplied general advise of areas he should study. MCCOY agreed that you could only ask a limited amount of questions that were scenario based. SHATSAR stated that for several weeks he had brainstormed scenarios and wanted to be prepared for anything they threw at him. SHATSAR went on to say that the information he was provided is the same general information he had received over the last 10 years of brainstorming situations. MCCOY asked SHATSAR if he would submit to a polygraph test. SHATSAR stated yes. SHATSAR asked MCCOY who had complained on him which launched this investigation. MCCOY stated that it was just talk that he was hearing out in the field and that no one had filed a Formal Complaint. SHATSAR then expressed that he had heard "Talk in the field." that Trooper DERRICK GRIFFEY was getting promoted to Troop D. SHATSAR wanted to pursue this topic because SHATSAR had heard "Talk in the field." that GRIFFEY was good friends with GERMAN. SHATSAR didn't get a chance to take the conversation that way, and it went in a different direction. SHATSAR stated that he had memorized 10-12 different scenarios and had answers prepared to answer if asked. SHATSAR asked GERMAN and MCCOY, why would he memorize all that information if he knew what the questions were? SHATSAR then began demonstrating his prepared answers to scenarios that were not asked in the interview on May 22, 2018. As the meeting went on the mood lightened slightly and MCCOY explained that he had to ask and address this before it became an issue. MCCOY and GERMAN expressed to SHATSAR that what had occurred in this office today was not going any further, and MCCOY believed SHATSAR. SHATSAR expressed his sincere disappointment to MCCOY and GERMAN and expressed that he was confident that his promotional opportunity was dead. GERMAN stated that he had spoke to Major TODD BLISH, who was the chair of the interview board, and stated that BLISH said SHATSAR gave an excellent interview and his score might even be 100.

The meeting concluded at approximately 11:20 A.M.

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

Oklahoma Department of Public Safety
**Oklahoma Highway Patrol**

☐ OHP Investigation
☐ Agency Assist

**SUPPLEMENTAL FORM**

Page 1 of 2

TITLE OF REPORT **RON SHATSAR STATMENT - JULY SUPERVISOR EVALUATION**

On August 7, 2018 Captain TROY GERMAN met with Lieutenant RON SHATSAR to discuss SHATSAR's July evaluation. The overall report met standards. The report stated that SHATSAR had good organizational skills, but gave the impression that SHATSAR is weak on leadership, and can't make decisions. GERMAN made reference to SHATSAR not being in his assigned area on one particular day. The day in question, SHATSAR went 10-8 and responded to Trooper JASON WAITS accident scene. At the scene Trooper WAITS had cut his hand and was injured on the job. SHATSAR responded to check on WAITS and get pictures of his injury. SHATSAR then went to the Leflore County District Attorneys office to drop off 14 Dash Cam Requests that SHATSAR had completed the day before. SHATSAR knew that he would be dropping off DVD's at the District Attorneys Office and be in Leflore County, so he scheduled an appointment at the local Dodge dealership to get a recall done on his unit. After completing this SHATSAR met with new Trooper TY WALLACE. WALLACE and Trooper KYLE WARD were going to dinner so SHATSAR went. SHATSAR felt like this was a good opportunity to get to know Trooper WALLACE. After dinner SHATSAR went to the Poteau office and checked accidents on Paris and worked on 2019 detachment schedules. SHATSAR was assigned to a 1300-2100 shift this day. At approximately 8:15 P.M. SHATSAR began heading south toward his residence. At 8:20 P.M. SHATSAR was notified of a barricaded subject in Holdenville. SHATSAR responded. GERMAN contacted SHATSAR and inquired why he was not in his detachment this date. SHATSAR gave the explanation referenced above. Another point in the July evaluation was an accident that SHATSAR drove up on. SHATSAR could see that Trooper SHAWN MASS and Trooper DANIEL HACKLER were on scene, a wrecker was loading the vehicle and the scene was about to clear. SHATSAR sat in traffic and began getting some supervisor duties done on his computer. SHATSAR recognizes this as a missed opportunity to assist the Troopers. What was not mentioned in the evaluation were the two biggest events that SHATSAR was involved in. SHATSAR responded to a barricaded subject within his detachment, and SHATSAR responded to a manhunt that occurred in Leflore County. SHATSAR along with lieutenant DEREK GRIFFEY responded. Once on seen Lieutenant GRIFFEY asked SHATSAR if he was in charge of this deal. SHATSAR stated yes I'll be in charge. SHATSAR met with Leflore County Sheriff ROB SEALE and coordinated the Highway Patrols response with the aircraft unit.

10/24/2018

During a staff meeting GERMAN advised GRIFFEY and SHATSAR that their trial period evaluations for August and September were signed by Major MCKOY. German stated

| INVESTIGATING TROOPER | BADGE # | TROOP | COUNTY | AGENCY CASE # | DATE OF REPORT |
|---|---|---|---|---|---|
| R.E. SHATSAR | 134 | D | | | 08/08/2018 |

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

## RON SHATSAR STATMENT - JULY SUPERVISOR EVALUATI(

**Page 2 of 2**

that there were no issues with our progress and the MCKOY was happy with our performance,

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.