# TROY GERMAN, PLAINTIFF, V. BRIAN ORR, DEFENDANT

# WDOK 19-CV-751-F

# MOTION EXHIBITS FOR DEFENDANT ORR'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 5 – DEPOSITION OF RHOADES

1

1               IN THE UNITED STATES DISTRICT COURT

2            FOR THE WESTERN DISTRICT OF OKLAHOMA

3   TROY D. GERMAN                  )
                                    )
4        Plaintiff,                 )
                                    )
5   -vs-                            ) No.  CIV-19-751-F
                                    )
6   BILLY D. "RUSTY" RHOADES,       )
    individually; MICHAEL HARRELL,  )
7   individually; BRIAN ORR,        )
    individually; and MEGAN SIMPSON,)
8   individually,                   )
                                    )
9        Defendants.                )
    _____)

10

11

12

13        DEPOSITION OF BILLY DON "RUSTY" RHOADES, III

14               TAKEN ON BEHALF OF THE PLAINTIFF

15

16                IN OKLAHOMA CITY, OKLAHOMA

17

18                ON SEPTEMBER 17, 2020

19                COMMENCING AT 9:38 A.M.

20

21

22                 INSTASCRIPT, LLC.
                  125 PARK AVENUE, LL
23         OKLAHOMA CITY, OKLAHOMA   73102
                   (405) 605-6880
24                www.instascript.net

25     REPORTED BY:  LORI JOHNSTON HARSTAD, CSR, RPR, RSA

Rusty Rhoades (Lunch $91.27)
9/17/2020                                                                Page: 2

```
1                    A P P E A R A N C E S

2    FOR THE PLAINTIFF:

3               Barrett Bowers
                Attorney at Law
4               Barrett T. Bowers, PLLC
                PO Box 891628
5               Oklahoma City, OK  73189
                (405) 727-7188
6               btb@fastmail.com

7    FOR THE DEFENDANT BRIAN ORR:

8               S. Alex Yaffe
                Andrew Casey
9               Attorneys at Law
                Foshee & Yaffe
10              12231 South May Avenue
                Oklahoma City, OK  73170
11              ayaffe@fosheeyaffe.com

12   FOR THE DEFENDANTS BILLY D. "RUSTY" RHOADES, MICHAEL
     HARRELL, and MEGAN SIMPSON:
13
                Garry M. Gaskins, II
14              Attorney at Law
                Drummond Law, PLLC
15              1500 South Utica Avenue
                Suite 400
16              Tulsa, OK  74104
                gmg@drumlaw.com
17
     ALSO PRESENT:
18
                Megan Simpson
19              Michael Harrell
                Troy German
20

21

22

23

24

25
```

Rusty Rhoades (Lunch $91.27)
9/17/2020                                                          Page: 3

```
 1                          I N D E X

 2
                                              PAGE:
 3       Billy "Rusty" Rhoades, III:

 4          Direct Examination by MR. BOWERS        5:5
            Cross-Examination by MR. YAFFE          121:8
 5          Cross-Examination by MR. GASKINS        124:21

 6                          EXHIBITS

 7     NO.:    DESCRIPTION:                         PAGE:

 8     For Deposition:

 9     1       Audio Transcription of Conversation
               with Troy German and Brian Orr,
10             condensed version, 11 pages:
               For Identification                   24:11
11
       2       Caption Promotional Interview July
12             2018, 5 pages:
               For Identification                   24:13
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    was saying, but it was "don't do that."

2              I thought man, I am going to have a fight in my

3    office.  He was like enraged that I would say that.  So I

4    just sat back and listened.  He talked about -- Troy talked

5    about how he was very disliked throughout the highway

6    patrol.  He had a reputation for dishonesty.  People hated

7    him, and he didn't think he had any opportunity to proceed

8    in the ranks of the patrol.  He kept saying he wanted to be

9    an agent of change but he knew he couldn't do that on the

10   patrol because nobody liked him and he didn't think he

11   would have any opportunities.

12             Then he said he wanted me to assist him --

13   because of that, he wanted to be an agent of change in

14   state government.  So he wanted me to assist him with the

15   new incoming governor at that time, whoever it was going to

16   be, help him receive the appointment to the Director of

17   Emergency Management.  I thought okay.

18             And as he's having this conversation, you have

19   to understand, I am very aware, very personally aware of

20   Troy's history, the things he's done in the past.  I am

21   very familiar with his reputation of dishonesty.  I am very

22   familiar with the dislike that people throughout the patrol

23   have for Troy.  And this conversation made me very nervous

24   because, in 2009, I was actually a collateral damage.  I

25   was a victim then as well to Troy and a group of others'

```
 1   actions that ended up in the literally unpromoting of

 2   myself and Russell Maples to the rank of major.

 3              Again, we were collateral damage.  We weren't

 4   the target, I presume.  But it was the same type of

 5   allegation, same playbook, that there had been

 6   improprieties and that the only reason I got promoted --

 7   the allegation was the only reason I got promoted was

 8   because I was Kevin Ward's best friend, Commissioner Ward's

 9   best friend, which certainly wasn't true, and that Russell

10   Maples only got promoted because he was black.

11              That was all over Fox 25.  It was a horrible

12   time for the highway patrol.  I don't know -- I know those

13   part of the allegations were false, because that is not the

14   reason we got promoted.  There were other allegations.  I

15   don't know what else was going on in that realm.  But that

16   made me very aware that Troy was part of a group of people

17   that was willing to hurt other people with dishonesty so

18   they could get what they wanted.

19        Q    Who was all part of this group of people that

20   would hurt others with dishonesty?

21        A    I know Trent Pettigrew was very openly a part

22   of it.  He was kind of the face of it as well.

23        Q    Ultimately, Trent Pettigrew brought two

24   lawsuits against DPS.  Is that true?

25        A    I don't know how many or what.  I don't know
```

```
 1          Q    Do you remember the date of that meeting?

 2          A    September 28th, I believe.

 3          Q    Okay.  Did you take anyone from the OHP with

 4     you for that meeting?

 5          A    No.

 6          Q    Had you notified anyone at OHP about the

 7     blackmail before that meeting?

 8          A    No.

 9          Q    Tell me everything you can remember that was

10     said by you or Mr. German during that meeting at Starbucks.

11          A    So when I arrived, Troy was already there

12     sitting towards the back.  I was going to get a cup of

13     coffee.  He already had one.  He said he would buy my cup

14     of coffee.  So he bought me a cup of coffee.

15               When we sat down, he shared his displeasure

16     with me for not staying in touch; staying in close contact;

17     for not, obviously, making people believe or let them know,

18     tell them he was my guy; not being seen in public with him.

19     He felt like I was not living up to my end of the bargain.

20     Again, at times during the meeting he said he has this

21     subpoenable evidence but kind of keep it between us right

22     now.  (Indicating.)

23               He did say that he knew that I hadn't told Mike

24     Harrell or Brian Orr about our previous meetings because

25     they hadn't treated him any differently.  Then he got very
```

1    emotional.  It was kind of embarrassing.  He got very

2    emotional.  He was talking about, again, how, you know, he

3    just didn't have a chance on the highway patrol, he had a

4    horrible reputation.  Just went on and on about how people

5    didn't like him.

6              So I thought, well, now is a chance to kind of

7    maybe get him off topic, kind of manage this somehow.  So I

8    started telling him what I thought he could do to, you

9    know, restore his reputation, do things that -- you know,

10   to gain people's respect.  And after just a couple of

11   minutes of that, he said -- he said, "I just want a chance

12   to be promoted to major."

13             And I thought, well, here we go again.  So now

14   it was clear to me, with that statement, you know, that he

15   wanted to be a major and the Director of OEM.  So I told

16   him, I said, "Troy, there's no positions open."  And he

17   argued, you know, used to be 11 or 13.  He couldn't

18   remember the number.  I believe I told him it was 11.  I

19   told him that, "You know, it's just not something I can do.

20   There's no money for it.  The legislature already thinks we

21   have too much brass.  So it's just something that" -- I

22   told him it's something that I just couldn't in good faith

23   or in practice do.

24             So there was some back and forth argumentative

25   on that.  Well, then he pulled a piece of paper out of,

1    paper in the side pocket of my tactical pants.

2              He got very frustrated with me and basically

3    ended the meeting.  He stood up after I said, "I am not

4    going to do it, I can't do it, it's not right."  He stood

5    up and gathered his stuff up and started walking away.  As

6    he started walking away, I thought here goes.  He is going

7    to go pull the trigger on what he's going to do.  Again, as

8    I stated earlier, I have seen what he and people he's

9    associated with are capable of.  So I was fearful for my

10   future because -- based on the lies that he had generated.

11             So I said, "Troy, wait."  He instantly stopped.

12   He had just passed me.  I said, "Come back."  He came back.

13   And as he was walking past me, I said, "Troy, are you

14   telling me to promote you to major?"

15             He said, "I just want a chance."

16             As he started to sit down, as he was sitting

17   down, I said, "Troy, are you telling me to promote you to

18   major?"

19             His exact word was "yes."

20             And again I said, "Troy, I am not going to do

21   that.  It's not the right thing to do."  And he again -- I

22   have never seen this type of anger in someone's eyes.  He

23   came across the small Starbucks table, and we were face to

24   face, almost nose to nose.  He had this most intense hatred

25   glare I have ever seen.  I have been a trooper 30 years,

 1    and I have never been in that intense of a stare-down.  I

 2    was thinking, man, we're going to end up fighting inside a

 3    Starbucks.  He's in a Class A uniform.  Police are going to

 4    be called.  Media.  It will be horrible.  So I have to

 5    deescalate this.

 6              So I backed up in my chair and started talking

 7    about -- I said, "Troy, this is what I am talking about.

 8    You can't do this to people.  You can't treat people like

 9    this.  You talk about your reputation."  There was some

10    small conversation in that general frame of topic.  Then we

11    decided it was time to go.  We got up, walked out.  And

12    that was the end of the meeting.

13       Q    Is there anything else you can remember that

14    either one of you said?

15              MR. YAFFE:  Object to the form.

16              MR. GASKINS:  Object to the form.

17              THE WITNESS:  Not as I sit here.  No.

18       Q    (By Mr. Bowers) So surely, after that meeting,

19    you reported this to Troop Z immediately?

20              MR. YAFFE:  Object to the form.

21              MR. GASKINS:  Object to form.

22              THE WITNESS:  No.

23       Q    (By Mr. Bowers) Surely you reported this to

24    David Prater immediately after this meeting?

25              MR. GASKINS:  Object to form.

```
 1        Q    And they conduct criminal investigations into

 2   members of the highway patrol?

 3        A    Yes.  They have.  They do.

 4        Q    How many employees or members were assigned to

 5   Troop Z, just generally?  Roughly?

 6        A    It has constantly varied.  Maybe half a dozen

 7   full-time and then several part-time.

 8        Q    Troop Z has the ability to obtain search

 9   warrants from judges.  Correct?

10        A    Yes.

11        Q    Troop Z has the ability to obtain -- Troop Z

12   could have assisted you in recording any of these offsite

13   conversations with Captain German.  Correct?

14        A    Yes.

15        Q    You could have recorded those conversations

16   with Captain German, because you believed that they would

17   have showed the commission of a crime.  Right?

18        A    Yeah.  It's possible.

19        Q    Yeah.

20        A    I felt like I -- without a case being opened, I

21   would have been walking a fine line.  It is against OHP

22   policy to record another member without their knowledge.

23   So yes in the sense that I believed a crime was being

24   committed.  A case had not been opened.  So I didn't want

25   to cross any lines, sir.
```

```
 1   Z and done it there?

 2        A    No.  I would have on mine, but I wouldn't have

 3   had this form.  That's why I am a little confused.  Maybe

 4   they pulled it off a different form that maybe I provided a

 5   written statement.  I don't recall.  But either way, I

 6   mean, those are my words.

 7        Q    I was just trying to understand who actually

 8   prepared the document.  But the short answer is you're just

 9   not sure?

10        A    No.  I can't recall if that was an interview or

11   if I typed a previous statement.  I don't -- as I sit here,

12   I don't recall that.  There may be something that reminds

13   me later.  I don't know.

14        Q    Okay.  After your first meeting with Captain

15   Holt, do you know what steps he took to begin his

16   investigation?

17        A    No.

18        Q    What was your involvement in his investigation

19   after your initial meeting?

20        A    None.  I was actually, by design, firewalled

21   myself and Chief Harrell.

22        Q    Throughout the course of this investigation,

23   did you read any of the interview reports?

24        A    No.

25        Q    After you reported this to Captain Holt, did
```

1    you provide information about this investigation to anyone

2    on the Governor's staff?

3         A    Yes.

4         Q    Who did you provide it to?

5         A    Junk and the general counsel, Mark.  I forget

6    his last name.

7         Q    Mark Burget?

8         A    Burget and Michael Junk, Chief of Staff.  And

9    at some point, Chip Keating wanted to know again what had

10   happened.  So I just regurgitated what had happened in that

11   meeting.  We couldn't tell him anything -- I didn't tell

12   him anything about the investigation, because I didn't

13   know.  And, really, he had no authority to know a lot about

14   the investigation as Cabinet Secretary.  So my conversation

15   with him was just about what my statement was that had

16   happened to me.

17             MR. BOWERS:  Why don't we take a short break

18   and go off of the record real quick.

19             (Short Recess from 11:41 a.m. to 11:57 a.m.)

20        Q    (By Mr. Bowers) Back on the record.

21   Mr. Rhoades, I want to explore some things you said

22   earlier.  You talked about this reputation that Troy German

23   has for dishonesty and this bad reputation that you think

24   he has and that he said he had.  I want to understand what

25   that bad reputation is based on.

1          A    Of course I can't speak for everybody that has

2    said it, because, I mean, it's people's opinions.  I have

3    had people tell me, that's helped form my opinion, that he

4    had lied about them, their jobs, their positions, hurt

5    them.  Obviously, as I spoke earlier, what he did to me or

6    that I was involved in.  I was unpromoted.

7               And this -- this is what I have heard, that he

8    has told people that he records everybody he talks to.

9    It's just a -- again, I can't speak for everybody else that

10   has that opinion, but I have heard that opinion multiple

11   times.  And Troy even shared it with me as well.

12         Q    So has there ever been a time where Troy German

13   has been dishonest to your face?  Lied to you?

14         A    Yes.

15         Q    Tell me about that.

16         A    In these meetings, when he said, "Mike Harrell

17   called Brian Orr and gave him the questions and the answers

18   to the board" is one very prime example.  Throughout time,

19   I mean, beyond that, I can't recall.  I haven't had a lot

20   of conversations with Troy.

21         Q    You didn't go to the same patrol academy as

22   Captain German?

23         A    No.

24         Q    Did you ever directly supervise Troy German?

25         A    I don't believe so.

```
 1        Q     Did you ever have a close personal or

 2   professional connection with Troy German?

 3        A     Nothing close.

 4        Q     So who has told you about -- let's just focus

 5   on untruthful things that Troy German has said.

 6              Who has told you that Troy German has been

 7   untruthful?

 8        A     Civilian members of the agency.  An instructor

 9   in his academy approached me at one time.  And they

10   actually tried to run him out of the academy, but Troy hung

11   on.  Again, it's just anecdotal as much as anything, just

12   in conversation.  If it came up, it seemed like whoever was

13   in the room had some sort of opinion.

14        Q     What civilians have talked to you about Troy

15   German being untruthful?

16        A     Cindy Hughes, Kim Beaver.  That's all I can

17   think of off the top of my head right now, that I can think

18   of.

19        Q     What did Cindy Hughes tell you about Troy

20   German being untruthful?

21        A     Something about her position, that she wasn't

22   qualified, had only got it for a particular reason, because

23   her husband had been a deputy chief.  And Kim, I can't

24   remember exactly what -- exactly what the situation was.

25        Q     What was Cindy Hughes's position?
```

```
 1          A     Director of Finance.

 2          Q     And Kim Beaver, what was her position?

 3          A     Budget Director.

 4          Q     You can't remember what she told you?

 5          A     Not specifically.  It would be guessing, and

 6     that's not fair.

 7          Q     No other civilian employee has talked to you

 8     about Troy German being untruthful?

 9          A     As I sit here, nothing I can recollect.

10          Q     What's the name of the instructor in his

11     academy that approached you at one time?

12          A     Danny Long.  I am sorry.  Not Danny Long.

13     Danny Oliver.

14          Q     Danny Oliver.

15                What did Danny Oliver tell you about trying to

16     run German out of the academy?

17          A     Said he was a horrible cadet, that they had

18     caught him being dishonest about something.  I don't

19     remember what.  He didn't say.  That he didn't deserve to

20     be a state trooper.

21          Q     Why would Danny Oliver approach you and tell

22     you about that?

23          A     By that point, word had gotten out about Troy's

24     lawsuit against us, the indictment.  And he just -- I was

25     on the retired troopers meeting, and he approached me and
```

```
 1          Q    But you were told that long after the fact.
 2    Right?
 3          A    Yes.
 4          Q    And you have never seen the investigation?
 5          A    No.
 6          Q    What other incidents do you rely on to say that
 7    Troy German had a bad reputation in the patrol?
 8          A    There was an allegation that Troy burned down
 9    his restaurant that he owned.  I believe it was in Clayton.
10    And I have -- one of the investigators in it, again, just
11    fairly recently, well beyond the time that it occurred --
12    this person has retired.  They said it was basically by
13    acts of God that Troy wasn't prosecuted in that.  They felt
14    like they had him dead to rights.  9/11 happened.  The
15    trial of a murdered trooper had just started in the same
16    area.  So for some reason, it wasn't followed up on.
17          Q    So who is this person that approached you and
18    told you that?
19          A    David Ross.
20          Q    I'm sorry?
21          A    David Ross.
22          Q    Did he tell you anything else about that
23    investigation that he was involved in?
24          A    No.  Just basically told me what he told me.
25          Q    When did he tell you that?
```

```
 1          A     Shortly after I left the agency.

 2          Q     So last year?   2019?

 3          A     Yeah.

 4          Q     Did he tell you he believed Troy German had

 5     committed the crime of arson?

 6          A     Yes.

 7          Q     Do you know whether Troy German was ever

 8     prosecuted for the crime of arson?

 9          A     I understand he wasn't.

10          Q     And this occurred before September 11, 2011?   I

11     mean, 2001?

12          A     Yes.

13          Q     Any other incidents that you rely on to say

14     Troy German had a bad reputation in the highway patrol?

15          A     Other than -- again, other than just general

16     hearsay.  Anytime his name would come up, it seemed someone

17     would have an opinion, negatively, about Troy.  So it was

18     just generalized anecdotal conversations.

19          Q     Nothing else specific, that you're aware of?

20          A     Just that people didn't have much respect for

21     him or trust him.

22          Q     Well, you, yourself, had very little

23     professional interaction with Troy German over the course

24     of your career.  Is that true?

25          A     That's true.
```

```
 1          Q    And, certainly, you were not personal friends
 2    with Troy German?
 3          A    No.  I was not.
 4          Q    Are you aware of any allegation that Troy
 5    German himself has cheated on any promotional exam in the
 6    highway patrol?
 7          A    Yes.
 8          Q    Tell me what you know about that.
 9          A    Brian Orr -- and again, this was part of the
10    investigation that I was firewalled from, but I found out
11    later, after we were removed from our positions, that Troy,
12    in between sessions of the board that Troy sat on the
13    board, Troy called Brian Orr and gave him the questions and
14    the answers.
15               There was another incident involving another
16    trooper where that trooper was disciplined for having that
17    type of interaction with Troy German, questions and
18    answers.
19          Q    Any other accusations that you're aware of like
20    that?
21          A    None that I can think of as I sit here.
22          Q    So let's talk about Brian Orr.  So you have had
23    conversation with Brian Orr about his accusation of
24    cheating against Troy German?
25          A    I have.
```

```
 1         Q    Okay.  When did you first have a conversation
 2    with Brian Orr about that topic?
 3         A    It was after the indictment.  We were already
 4    gone.
 5         Q    You say "we were already gone."  You mean you
 6    had already left the agency?
 7         A    Yes.
 8         Q    Okay.
 9         A    So some time after that.
10         Q    What did Brian Orr tell you?
11         A    He said that German called him in between
12    sessions and gave him the questions and the answers to the
13    board that Troy was sitting on, that Brian was getting
14    ready to appear in front of.
15         Q    Did he tell you which promotional exam that
16    was?
17         A    I don't recall which one it was.
18         Q    Do you remember if he told you that?
19         A    He may have.  Again, I don't recall when it
20    was.
21         Q    Have you seen any documents that support that?
22         A    I have not.
23         Q    Are you aware of any documents that support
24    that?
25         A    I don't know if there's any in the
```

```
 1    investigative packet or not.  I don't know.

 2         Q    Do you know whether that's been investigated by

 3    DPS?

 4         A    I do not know.

 5         Q    Okay.  You said there was another incident

 6    involving another trooper.  Who is that other trooper?

 7         A    That's Dawson Blacklee.

 8         Q    Tell me what -- about that incident with Dawson

 9    Blacklee.

10         A    That's all I know about it, what I told you

11    already.

12         Q    How did you find out about it?

13         A    My counsel.

14         Q    Oh.  So you don't have any direct knowledge of

15    this?

16         A    No.

17         Q    You didn't investigate this allegation?

18         A    No.

19         Q    You were gone from the agency when you learned

20    of this allegation?

21         A    Yes.

22         Q    Do you know Dawson Blacklee testified in that

23    Trent Pettigrew trial that took place in 2015?

24         A    I didn't know that.

25         Q    Against the agency?
```

```
 1        A    I didn't know that.

 2        Q    So what do you know about which promotion this

 3   was?  Do you have any knowledge of which promotion Troy

 4   German allegedly gave Dawson Blacklee the questions and

 5   answers on?

 6        A    I do not know.

 7        Q    Do you know whether or not Troy German was

 8   disciplined in any way for that?

 9        A    I do not know.

10        Q    Do you know if Dawson Blacklee was disciplined?

11        A    I understand he was.

12        Q    Do you know when he was disciplined?

13        A    I do not.

14        Q    Is there anything else that you will tell a

15   court and jury or try to tell a court and jury about why

16   you think Troy German is a dishonest person?

17             MR. YAFFE:  Object to the form.

18             MR. GASKINS:  Same.

19             THE WITNESS:  Nothing that comes to mind right

20   now.

21        Q    (By Mr. Bowers) Okay.  So let's rewind back to

22   November of 2018.  You have the conversation with Jason

23   Holt where the Troop Z investigation is initiated.  After

24   that -- well, strike that.

25             Did you also meet with David Prater in 2018, to
```

```
 1    charge Troy German with blackmail?

 2          A    No, I did not.

 3          Q    Tell me everything that you can remember that

 4    David Prater said to you and others present during that

 5    meeting.

 6               MR. YAFFE:  Object to the form.

 7               MR. GASKINS:  Same.

 8               THE WITNESS:  He kind of went on a rant.  It

 9    caught me off guard, his approach.  I told him about the --

10    again, I didn't go into great detail.  I just -- kind of a

11    quick synopsis what had happened.  I wasn't there to file a

12    charge.  I just wanted to give him a heads-up.  He said,

13    "Who are you talking about?"

14               I said, "Troy German."

15               And he said, "Troy German.  Oh, is that that

16    fat piece of shit with the fucked-up hand that burned down

17    his restaurant?"

18               I said, "Well, yeah.  Troy German is who we're

19    talking about."

20               He said, "Well, what did he do now?"  Something

21    to that effect.  So I told him.

22               And he said, "Well, if someone is just

23    threatening to say something about me, I would just call

24    him out."

25               And I explained, "This is more than just saying
```

```
 1   to ask for charges to be filed.  I know how to do that.

 2        Q    Did he ask you if it had been investigated?

 3        A    I think he just said it needs to be

 4   investigated.

 5        Q    Can you remember anything else that he said to

 6   you during that meeting?

 7        A    I believe he said after Troop Z investigates

 8   it, he would be willing to look at it, bring it back.

 9        Q    Did he give you his word that, if you brought

10   him back an investigation, he would faithfully and honestly

11   review it?

12        A    I don't know if he used those words, but

13   something to that extent.

14        Q    But, ultimately, you didn't take an

15   investigation back to DA Prater.  True?

16        A    I didn't take an investigation anywhere.

17        Q    How did the investigation end up at the

18   Attorney General's Office?

19        A    The Governor directed the Attorney General to

20   engage in it.

21        Q    How do you know that?

22        A    I was told that, that that was going to happen,

23   in my second meeting that I spoke of earlier with Junk and

24   general counsel for the Governor.  They told me that the

25   Governor was interested in doing that.
```

```
 1                I said, "Well, that's fine.  That's the

 2   Governor's call.  I certainly have no problem with another

 3   agency having eyes on it.  It's whatever the Governor wants

 4   to do.  I certainly have no objection or no say in it."

 5                And then soon after, it was a couple of days,

 6   General Hunter called me in my office and said that, at the

 7   Governor's request, they were going to either be involved

 8   or take over the investigation.  I don't recall the words.

 9   He was going to assign his top investigator to it.  I said,

10   "Okay.  Thank you."

11        Q    Who was his top investigator?  Did he tell you?

12        A    It's Tom.  I don't recall his last name.

13        Q    Tom Helm?

14        A    Again, I don't recall his last name.

15        Q    Were you ever interviewed by the Attorney

16   General's Office?

17        A    Yeah.  And I say yeah.  I am trying to figure

18   out -- I can't remember if we just -- if I met with them

19   about trial prep.  And then that -- the investigator was

20   there with Mr. Towery, but I don't recall if I was

21   investigating -- if I was interviewed prior to that, that

22   meeting.  I believe that was more trial prep.

23        Q    So you were not interviewed by anyone at the

24   AG's Office before the indictment?

25        A    Not that I can think of.  There's maybe
```

```
 1    something in the investigation that I am just not

 2    remembering, but I don't recall.

 3         Q    Other than that conversation you had initially

 4    with AG Hunter, did you talk to AG Hunter again about the

 5    criminal charge?

 6         A    Yes.

 7         Q    How many times?

 8         A    One.

 9         Q    When was it?

10         A    The evening that the indictment came out, the

11    felony indictment for blackmail came out on Troy German.

12         Q    How did that conversation take place?

13         A    General Hunter called me on my cell phone, my

14    state phone, and told me that the indictment on the

15    blackmail had been handed down.  He said they believed the

16    AG's Office has a very strong case, they intend to

17    prosecute to the fullest, and he said Troy German was a

18    very bad person.

19         Q    Anything else that was said during that call?

20         A    I don't believe so.  No.

21         Q    You didn't ever talk to AG Hunter again about

22    the indictment?

23         A    Again, not that I can recollect.

24         Q    Did you ever talk to AG Hunter about the

25    dismissal of the criminal charges against Troy German?
```

```
 1          A     No.

 2          Q     Did you ever talk to anyone at the Attorney

 3    General's Office about the dismissal of criminal charges

 4    against Troy German?

 5          A     Yes.

 6          Q     Who?

 7          A     Dane Towery.

 8          Q     When did you talk to Mr. Towery?  Let me

 9    rephrase it.

10          Did you talk to Mr. Towery before or after the

11    dismissal?

12          A     Before.

13          Q     What did you say to Mr. Towery and what did he

14    say to you?

15                MR. YAFFE:  Object to the form.

16                THE WITNESS:  The first call was a week or so,

17    within that time frame, prior to the preliminary hearing.

18    We talked about cutting a deal where Troy would retire.  He

19    started talking a little bit about how DA Prater may be

20    testifying.  And, you know, we were standing firm like

21    "Okay.  Fine.  Go ahead."

22                We got up to the day before the prelim.  Dane

23    called.  He was like, "Yeah, this is -- you know, Prater is

24    going to testify.  It's going to be ugly.  It's going to be

25    nasty.  They're going to drag you through the mud.  It will
```

1    be bloody and drag the patrol, your family through the

2    mud."  I am thinking what is going on.  All of a sudden,

3    he's acting like he doesn't want to do this.  He told me

4    that Troy's resignation or retirement was on the table.

5              I was like, "Okay."  So we still -- he had me

6    go to the courthouse the date of the preliminary.  He had

7    me wait out in the parking lot.  I was across the street in

8    my car.  He called again.  He was like, "Prater is going to

9    testify.  Not sure what he's going to say but, again,

10   they're going to drag you through the mud.  They're going

11   to drag your family through the mud.  It's going to be a

12   bloodbath, horrible for the patrol."

13             So it was clear to me that, for some reason,

14   they were looking to not do this.  They said Troy was going

15   to retire.  I could tell from his tone and the fact that

16   Troy was going to leave the patrol, I was like, "Fine.  Do

17   whatever."  So they made the deal.  I did find out after --

18   Dane came out after it had all been accomplished in the

19   courtroom.  He showed me Troy German's letter of

20   retirement.  It was actually dated the day before the

21   preliminary hearing.  So, apparently, a deal had already

22   been cut before I was even told that a deal had been cut.

23             So Towery said, "Hey, we're going to do a press

24   release and we're going to say you requested it."  I was

25   like, "I requested this?  I didn't request this."  Because

```
 1          A     Depending on the timing.

 2          Q     Okay.  And you knew at that time, when you were

 3    meeting with Greg Treat, that Troy German was seeking the

 4    position of Director of Oklahoma Office of Emergency

 5    Management?

 6          A     Because he told me he was interested in it.

 7          Q     Right?

 8          A     Yes.

 9          Q     Did you know that he was going to interview

10    with the Governor for that position?

11          A     I did not.

12          Q     Did you direct Jason Holt to execute search

13    warrants the day before that interview that Troy German was

14    set to have with Governor Stitt for that position?

15          A     No.

16          Q     Just a coincidence that he did that the day

17    before the interview?

18                MR. YAFFE:  Object to the form.

19                MR. GASKINS:  Object to form.

20                THE WITNESS:  Again, I had no involvement in

21    the investigation.  So I don't know what the mind-set was,

22    train of thought, the reasoning.

23          Q     (By Mr. Bowers) Did you tell Megan Simpson that

24    Troy German was seeking that position of Director of the

25    Oklahoma Office of Emergency Management?
```

```
 1    recall any conversation with all of us together.

 2         Q    Even on speakerphone or maybe do a conference

 3    call where Secretary Keating was on the phone with Brian

 4    Orr?

 5         A    I don't recall that.  I would have to know if

 6    there was some context that would jog my memory, but as we

 7    sit here, I don't recall all of us being in the same

 8    conversation.

 9         Q    Would that be abnormal for Brian Orr to be on

10    that conversation?

11         A    Yes.

12         Q    Why?

13         A    With his rank and position, a Cabinet

14    Secretary, topics that, you know, may be sensitive that he

15    might hear, it's just not normal.

16              MR. YAFFE:  I will pass the witness.  Thank

17    you.

18              MR. GASKINS:  I just have a couple of

19    questions.

20                        CROSS-EXAMINATION

21    BY MR. GASKINS:

22         Q    Previously, you were asked about examples of

23    Mr. German being untruthful.  Have you subsequently

24    recalled any other examples of Mr. German being untruthful?

25         A    Yes.  And I actually hit on it briefly.  So I
```

1    didn't really go into a lot of it when you asked me for

2    examples.  When I spoke of our first meeting when Troy come

3    to my office, earlier that afternoon, he had been in the

4    chief's office and was being addressed about lying and

5    disseminating confidential information.  Troy had denied

6    it.  The chief shared with me after the meeting he didn't

7    believe him.  They had information contradictory to that.

8              So again, that's another example just to add to

9    that.  I thought I had mentioned it, but I just wanted to

10   bring it back into that scope.

11             MR. GASKINS:  Okay.  Nothing further.

12             MR. BOWERS:  I don't have anything else.

13             MR. GASKINS:  He will read and sign.

14   (Deposition concluded at 1:05 p.m. and witness excused

15        after 2 hours and 36 minutes on the record)

16

17

18

19

20

21

22

23

24

25