# TROY GERMAN, PLAINTIFF, V. BRIAN ORR, DEFENDANT

# WDOK 19-CV-751-F

# MOTION EXHIBITS FOR DEFENDANT ORR'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 6 – DEPOSITION OF KEATING

1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE WESTERN DISTRICT OF OKLAHOMA
3    TROY D. GERMAN,            )
                                )
4       Plaintiff,              )
                                )
5    -vs-                       ) No. CIV-19-751-F
                                )
6    BILLY D. "RUSTY" RHOADES,  )
     individually; MICHAEL HARRELL, )
7    individually; BRIAN ORR,   )
     individually; and MEGAN SIMPSON,)
8    individually,              )
                                )
9       Defendants.             )
10   _____)
11
12
13       DEPOSITION OF ANTHONY FRANCIS "CHIP" KEATING, III
14
         TAKEN ON BEHALF OF THE PLAINTIFF
15
16       IN OKLAHOMA CITY, OKLAHOMA
17
         ON SEPTEMBER 3, 2020
18
19       COMMENCING AT 9:33 A.M.
20
21
22       INSTASCRIPT, LLC.
         125 PARK AVENUE, LL
23       OKLAHOMA CITY, OKLAHOMA  73102
         (405) 605-6880
24       www.instascript.net
25   REPORTED BY:  LORI JOHNSTON HARSTAD, CSR, RPR, RSA

```
 1              A P P E A R A N C E S

 2     FOR THE PLAINTIFF:

 3            Barrett Bowers
               Attorney at Law
 4             Barrett T. Bowers, PLLC
               PO Box 891628
 5             Oklahoma City, OK  73189
               (405) 727-7188
 6             btb@fastmail.com

 7     FOR THE DEFENDANT BILLY D. "RUSTY" RHOADES, MEGAN SIMPSON,
       AND MICHAEL HARRELL:
 8
               Garry M. Gaskins, II
 9             Attorney at Law
               Drummond Law, PLLC
10             1500 South Utica Avenue
               Suite 400
11             Tulsa, OK  74104
               gmg@drumlaw.com
12
       FOR THE DEFENDANT BRIAN ORR:
13
               S. Alex Yaffe
14             Andrew M. Casey
               Attorneys at Law
15             Foshee & Yaffe
               12231 South May Avenue
16             Oklahoma City, OK  73170
               ayaffe@fosheeyaffe.com
17             Acasey@fosheeyaffe.com

18     FOR THE WITNESS:

19            Jake Crawford
               Attorney at Law
20             McAfee & Taft
               Two West Second Street
21             Suite 1100 Williams Center Tower II
               Tulsa, OK  74103
22             jake.crawford@mcafeetaft.com

23     ALSO PRESENT:

24            Troy German

25
```

```
 1                    I N D E X

 2                                          PAGE:

 3    Anthony Francis "Chip" Keating, III:

 4       Direct Examination by MR. BOWERS      5:5
         Cross-Examination by MR. GASKINS     76:22
 5       Cross-Examination by MR. YAFFE       79:14
         Redirect Examination by MR. BOWERS   86:22
 6       Recross-Examination by MR. YAFFE     87:14

 7                    EXHIBITS

 8    None

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   that were filed against Troy German?

2   A   Yes.

3   Q   Who have you spoken to?

4       MR. CRAWFORD:  You can answer that.

5       THE WITNESS:  The Attorney General himself.

6   Q   (By Mr. Bowers) When was that conversation?

7   A   Immediately following the meeting with

8   Mr. Rhoades.

9   Q   And what did you say to Mr. Hunter and what did

10  he say to you?

11  A   I asked General Hunter, I said, "General, I

12  just finished a meeting with Rusty, and I am just -- I am

13  confused.  Rusty doesn't know why your office declined to

14  move forward in the trial."

15      And Mr. Hunter interrupted me and laughed and

16  said, "That is, quote, bullshit."  And he said, "They

17  called over here and asked that we drop this case

18  immediately at the department's request and that, in

19  return, they had negotiated a separation with Mr. German's

20  employment."

21  Q   Did he say who had called over there?

22  A   Did not.

23  Q   Did you -- did you ask him who it was?

24  A   I did not.

25  Q   Did you get the impression he meant Rusty

1  Q  Tell me about those discussions.

2  A  I asked Rusty that directly.

3  Q  What did you ask him?

4  A  It was in that meeting before I called General

5  Hunter. And I asked him, "I hope we have a hold harmless.

6  If we're negotiating a peaceful settlement, we need a hold

7  harmless."

8  And he said, "I made sure the AG's office knew

9  about that, but they said we're not going to do that,"

10  which made no sense to me at all.

11  Q  And you know that Troy German did not sign any

12  document?

13  A  I learned that after the fact when I talked to

14  General Hunter.

15  Q  Did General Hunter explain to you why that was

16  the case? Why they hadn't insisted that?

17  A  General Hunter told me he instructed them as a

18  part of that to get that.

19  Q  So your understanding is that the Attorney

20  General's Office legal team did not do that at the direct

21  odds of the instructions given by the Attorney General

22  himself?

23  A  I can't -- I can't answer that. They didn't

24  get it. So I have no -- I don't know why.

25  Q  Did Attorney General Hunter tell you they had

1   dismissed that charge against Troy German because they
2   believed he was innocent?
3        A   No. Did not make that comment to me.
4        Q   Did you talk about, with Attorney General
5   Hunter, whether or not he believed Rusty Rhoades's
6   allegation that Troy German blackmailed him?
7        A   Not in that context, but it was very clear
8   Mr. Hunter believed Rusty was a liar.
9        Q   He believed Rusty was lying?
10       A   Yes. Not in that case. I am talking in the
11  context of why the case was dismissed. I didn't get into
12  any details to the case itself.
13       Q   You just got the impression that Mr. Hunter
14  believed that Rusty did not have any credibility?
15       A   No. Not based on that phone call I had with
16  him.
17       Q   So Mr. Hunter didn't trust in what Rusty was
18  saying, in general?
19           MR. YAFFE: Object to form.
20           THE WITNESS: I can't answer it for Mr. Hunter.
21  I don't know.
22       Q   (By Mr. Bowers) Is there anything else you can
23  remember from that conversation with General Hunter?
24       A   No. I really can't, because it was a -- it was
25  a 1776 moment for me.