# TROY GERMAN, PLAINTIFF, V. BRIAN ORR, DEFENDANT

# WDOK 19-CV-751-F

# MOTION EXHIBITS FOR DEFENDANT ORR'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 7 – TRANSCRIPT OF AUDIO RECORDING OF ORR/GERMAN

Audio Transcription
7/27/2020

Page: 1 (1)

1

TRANSCRIPTION OF AUDIO FILE 2018-JUL-17_14-05-15

TRANSCRIBED BY:  LORI JOHNSTON HARSTAD, CSR

****************************************************************

TROY GERMAN:  How are you, sir?

BRIAN ORR:  Oh, doing all right.  You doing all right?

TROY GERMAN:  Good looking car, though.  Tidy.  Whenever you drove up, I was like, Well, that's not Brian.  When you got out, I am like, Well, that is Brian.

Oh.

BRIAN ORR:  Knees are hurting you, ain't you?  I can tell.  Man, go get them things fixed.

TROY GERMAN:  Well, before I retire --

BRIAN ORR:  You will?

TROY GERMAN:  -- I will get that knee surgery.  But I will wait until I retire.

THE WAITRESS:  All right, Gentlemen.

TROY GERMAN:  Thank you, ma'am.

THE WAITRESS:  What can I get to start you out with to drink today?  We've got sweet tea, unsweet tea, Dr. Pepper, Pepsi.

TROY GERMAN:  Unsweet tea.

Δ π EXHIBIT  1
Deponent  Rhoades
Date  9/17/20  Rptr.
WWW.DEPOBOOK.COM

schedule@instascript.net
(405) 605-6880 instaScript

Page 2

1   BRIAN ORR: I need a water, please.
2   THE WAITRESS: You got it. Do you want lemon
3 with your water?
4   BRIAN ORR: No, ma'am.
5   THE WAITRESS: All right. And do you want
6 lemon with your tea?
7   TROY GERMAN: Please.
8   THE WAITRESS: Need sweetener?
9   TROY GERMAN: Sweet'N Low.
10   All right. Let's break that out. Let's talk.
11   Buddy, can we -- can we talk plainly for a
12 minute?
13   BRIAN ORR: You know better than that.
14   TROY GERMAN: All right. I have been thinking
15 about this grinning ear to ear all morning. How in the
16 heck -- how in the heck does the Chief of the Patrol call
17 Lieutenant Brian Orr? Bud, do you -- do you have a picture
18 of a hairy goat or what?
19   BRIAN ORR: I -- I was sitting down there
20 whenever -- getting ready to get my hair cut this morning.
21 And of course, I had my phone, phone plugged in. And at
22 7:40 this morning -- thank you, ma'am.
23   THE WAITRESS: You're welcome.
24   TROY GERMAN: Thank you.
25   THE WAITRESS: You're welcome. Do you guys

Page 3

1 want a few minutes to kind of visit and do what you got to
2 do or do you --
3   BRIAN ORR: Go ahead and -- we're ready to
4 order.
5   TROY GERMAN: Are you going to get anything?
6   BRIAN ORR: No. I am good. I am good.
7   TROY GERMAN: You're not going to get anything?
8   BRIAN ORR: No. But you eat.
9   TROY GERMAN: You know what --
10   BRIAN ORR: Don't play around. Eat.
11   TROY GERMAN: No. I'm going to hold off.
12   BRIAN ORR: No. Then I am -- then I am eating.
13   TROY GERMAN: No. Don't do that. My wife just
14 called me a minute ago. I will head home.
15   Just this right now.
16   THE WAITRESS: All right, you two. If you need
17 anything else, my name is Olivia. Just let me know.
18   BRIAN ORR: Thank you.
19   TROY GERMAN: So hey, when you called me, I
20 knew it had to have just happened.
21   BRIAN ORR: It did. Well, whatever time I
22 called you, he called. I go in to get my hair cut, I come
23 out and call you. So... And, of course, you know, I am --
24 yeah. I am writing down what he's saying, you know. And,
25 of course, I'm just scribbling it down as he's going. And,

Page 4

1 of course, that was what he talked about there. And, of
2 course, I can't read my writing upside-down. So trooper
3 killed in the line of duty, Signal 1 plan. He said
4 discipline. And, of course, this is what I wrote down.
5 And I actually found that in policy.
6   TROY GERMAN: It is. But, now, he actually
7 told you to know that?
8   BRIAN ORR: He said, "Make sure you under- --
9 you understand that."
10   TROY GERMAN: Okay. Go ahead.
11   BRIAN ORR: So... And then the traffic safety
12 plan.
13   TROY GERMAN: Now, what did he say about that?
14   BRIAN ORR: He just said -- when he started
15 rambling off, he said, "Make sure you know Level 1, 2, 3."
16   TROY GERMAN: Well, I mean -- I mean, with the
17 traffic safety plan, did he say you were going to have to
18 get it --
19   BRIAN ORR: He --
20   TROY GERMAN: Did he say you were going to have
21 to talk?
22   BRIAN ORR: Yes. The way he put it out, he
23 says, "Before you do this, take a deep breath, and give
24 about a two-minute presentation on a safety traffic plan --
25 or a traffic safety plan."

Page 5

1   TROY GERMAN: Traffic safety plan?
2   BRIAN ORR: Which I took, just like you, he's
3 talking about a collision reduction, is kind of the way I
4 took it. I just wrote it down. That's what he said.
5   TROY GERMAN: Uh-huh.
6   BRIAN ORR: But I took it as a collision
7 reduction plan.
8   TROY GERMAN: Okay. Now, do you --
9   BRIAN ORR: I mean, how -- what else is there
10 to take it as?
11   TROY GERMAN: Well... I don't know.
12   BRIAN ORR: May not look so good on there.
13   TROY GERMAN: Yeah. We're going to see about
14 those others.
15   The trooper killed in line of duty, now, on
16 that one, did he -- when he said "trooper killed in the
17 line of duty," you're not talking about the -- when he was
18 talking to you, you didn't get the idea that he was talking
19 about the trooper-involved shooting or a crime scene? That
20 -- you're talking about "in the line of duty" death, what
21 we do when it happened, the hospital, dealing with the
22 family?
23   BRIAN ORR: That's what I --
24   TROY GERMAN: That stuff?
25   BRIAN ORR: That's what I have been reading in

Audio Transcription
7/27/2020                                                        Page: 3 (6 - 9)

Page 6

1  policy is that right there.
2      TROY GERMAN: Okay. No. That's what I have
3  done.
4      BRIAN ORR: So yeah.
5      TROY GERMAN: Okay. I went through this on
6  that.
7      Freaking Chief of the Patrol calling you. God
8  dang, man. I tell you what.
9      BRIAN ORR: What does that mean?
10     TROY GERMAN: Been to a couple of goat ropers
11 with few hands. Never seen anything like it.
12     BRIAN ORR: Well, Captain, his exact words was
13 "If you screw this up, it's on you," was his exact words.
14     TROY GERMAN: Brother, I would tend to agree
15 with you. Tend to agree. All right. Here we go.
16     BRIAN ORR: Man, I left my dadgum pen out
17 there.
18     TROY GERMAN: That's all right. Hey, we --
19     BRIAN ORR: I am a note guy.
20     TROY GERMAN: Okay. Now, on this, all I have
21 got on this now, line of duty or death of active member,
22 whether it's active member in the line of duty or active
23 member death pretty much all gets treated the same. The
24 crime scene is the difference -- is different.
25     BRIAN ORR: Yeah. Yeah.

Page 7

1      TROY GERMAN: I mean, like --
2      BRIAN ORR: Yeah.
3      TROY GERMAN: But the duties of a captain,
4  Brother... And that's the problem we're going to have.
5  However, the Chief of the Patrol appoints an incident
6  commander. Did you read that?
7      BRIAN ORR: I read that. Sure did.
8      TROY GERMAN: So it's either going to be a
9  patrol major or --
10     BRIAN ORR: Or the members...
11     TROY GERMAN: Of the cabinet.
12     BRIAN ORR: Of the cabinet.
13     TROY GERMAN: Okay. So I went with it that
14 that's how it's going to be worded. It's going to say
15 something like member appoint -- active member or member
16 involved "in the line of duty" death and that the Chief of
17 Patrol appoints you, the active troop commander, as the
18 incident commander. Brother -- or what are the duties of
19 the incident commander. There aren't -- well, there's
20 only, like, one or two things of the troop commander, and
21 even them are minute.
22     BRIAN ORR: Yeah.
23     TROY GERMAN: This says patrol duty -- patrol
24 supervisor, duty supervisor, or the troop commander will
25 notify the patrol duty officer.

Page 8

1      BRIAN ORR: Right.
2      TROY GERMAN: So it was like very, very -- I
3  mean, it is like --
4      BRIAN ORR: Yeah.
5      TROY GERMAN: -- it is pathetically low.
6      BRIAN ORR: This is what I found in policy, and
7  I found like ten of them. Of course, what we're talking
8  about there, major or --
9      TROY GERMAN: Right.
10     BRIAN ORR: -- or troop commander. And there
11 -- there were ten things in policy that followed that up.
12 Of course, responding to the scene.
13     TROY GERMAN: Right.
14     BRIAN ORR: Ensuring that the family members
15 are notified, obviously. Notification to the major, the
16 duty officer. Notifying the PIO and -- can't read
17 upside-down there.
18     TROY GERMAN: Human resources.
19     BRIAN ORR: Human resources.
20     TROY GERMAN: Chaplain.
21     BRIAN ORR: Yeah. Insurance company. Of
22 course, notifying the commissioner office. Assigning a
23 liaison at the hospital.
24     TROY GERMAN: Got that.
25     BRIAN ORR: Assigning a liaison for...

Page 9

1      TROY GERMAN: Funeral.
2      BRIAN ORR: Funeral. And...
3      TROY GERMAN: Duty benefits. Yeah.
4      BRIAN ORR: Yeah. For benefits. Maintaining
5  all files pertaining to the incident.
6      TROY GERMAN: Yeah. Remains -- trooper remains
7  in residence.
8      BRIAN ORR: Yes. Yep. It actually went into
9  further detail on that. Up to eight hours after --
10     TROY GERMAN: That's right. Through eight
11 hours after the funeral, minimum. Yeah. Private --
12     BRIAN ORR: So yeah. We're on the same sheet
13 of --
14     TROY GERMAN: Okay.
15     BRIAN ORR: We're on the same sheet of music
16 here.
17     TROY GERMAN: Private waiting room for
18 hospital --
19     BRIAN ORR: Yes.
20     TROY GERMAN: -- and family troopers, appoint.
21     BRIAN ORR: That part's right here.
22     TROY GERMAN: Information liaison, that's the
23 hospital one that you're talking about?
24     BRIAN ORR: Uh-huh.
25     TROY GERMAN: Ensure -- I said "driven."

Page 10

1 Family driven to the hospital.
2      BRIAN ORR: Yeah. Got that on there.
3      TROY GERMAN: Those are the very things we
4 already know. I just bullet-pointed it so you could
5 compare it and look at that.
6      Now, the disciplinary matrix, man --
7      BRIAN ORR: Yeah. This one here, boy, you can
8 get off in the weeds real quick.
9      TROY GERMAN: There's only going to be so many.
10 I almost want to hear how somebody goes through the -- what
11 time is your board?
12      BRIAN ORR: 1:00.
13      TROY GERMAN: All of that is after lunch. I
14 almost want to hear how somebody goes through the board in
15 the morning to see how those questions actually are worded.
16      BRIAN ORR: Yeah.
17      TROY GERMAN: Because that will -- everything
18 will hinge on how it's worded.
19      BRIAN ORR: Yeah.
20      TROY GERMAN: "So-and-so got disciplined, how
21 do you proceed?"
22      Well, now, that completely changes other than
23 what are the separate levels of -- well, there are no --
24 those are action levels is what those are for the two
25 phases of discipline, informal and formal. Well, within

Page 11

1 those two phases, all of those level -- action levels are
2 within those two phases.
3      Well, what do you want? What are you looking
4 for?
5      BRIAN ORR: I know. And that's --
6      TROY GERMAN: So what I have done --
7      BRIAN ORR: Okay. I got to writing on here,
8 and I mean, it --
9      TROY GERMAN: Yeah.
10      BRIAN ORR: -- you can get off in the weeds.
11      TROY GERMAN: Yeah. You can go nuts on it.
12      So what I have tried to do on the disciplinary
13 deal, one of the things I would start with -- Brian, I
14 would start, no matter -- because your mind will be
15 absorbing everything once they read the question. There's
16 no way I wouldn't start with a statement, something similar
17 to this. Okay? Now, if they start with this -- if they
18 start with this statement, I wouldn't -- I wouldn't repeat
19 it.
20      BRIAN ORR: Right.
21      TROY GERMAN: I wouldn't regurgitate it. But
22 this is a combination of about two or three statements of
23 policy that I put in there. Okay? But, of course, I talk
24 about being a troop commander should promote this idea of
25 self-discipline and --

Page 12

1      BRIAN ORR: Uh-huh.
2      TROY GERMAN: -- maturity.
3      BRIAN ORR: Uh-huh. And, see, you told me that
4 on the last one. I actually -- I remember I said that in
5 my -- well, you were in there. You know.
6      TROY GERMAN: Right. That's -- that's --
7 that's the idea.
8      BRIAN ORR: That stuck with me.
9      TROY GERMAN: No. That's what we want. Okay?
10      Now, progressive discipline is the -- is the
11 philosophy. We want it to be progressive in nature. We
12 don't want to wait until something all hell breaks loose
13 like Rodney Rideaux.
14      BRIAN ORR: Right.
15      TROY GERMAN: Because -- I am going to give it
16 -- I am going to give it a name. Because Garrett Vowell
17 doesn't step up to the damn plate and do his job.
18      BRIAN ORR: Yeah.
19      TROY GERMAN: Because Moore PD had a stalking
20 case on Rodney Rideaux. Schneider knows about it. Garrett
21 knows about it, and I believe Michael Lane knew about it.
22 Nothing is done. So what happens? It just keeps
23 escalating.
24      BRIAN ORR: Yeah.
25      TROY GERMAN: Now what do we have? Now -- now,

Page 13

1 all of a sudden, we're all standing back here, we're going,
2 "Oh, my god. The sky is falling."
3      BRIAN ORR: Yeah.
4      TROY GERMAN: "What happened? What happened?"
5      The same thing with (indiscernible) and all his
6 horse crap.
7      BRIAN ORR: Yeah.
8      TROY GERMAN: Brandon Schneider knew --
9      BRIAN ORR: Yeah.
10      TROY GERMAN: -- that he was taking too long
11 on traffic stops with females. Never took action. The
12 idea is when the discipline, when little things happen,
13 it's progressive. We prove it happens quick. We take care
14 of it when it's little.
15      BRIAN ORR: Yeah.
16      TROY GERMAN: Self-discipline, we don't want
17 that anymore. So self-discipline -- where we -- actually,
18 disappeared, hopefully. But self-discipline is going on
19 there. In our line of work, your discipline can get bad.
20 But...
21      Now, any kind of discipline -- now, these are
22 supervisory duties. And I think you probably know them.
23      BRIAN ORR: Uh-huh.
24      TROY GERMAN: Now, the two pages, formal --
25 informal and formal, the action levels as far as the seven

Page 14

1 levels of action, that's what he's talking about. Okay?
2 BRIAN ORR: Well --
3 TROY GERMAN: Because those very things --
4 BRIAN ORR: Of course, you've got seven.
5 TROY GERMAN: Yeah. There's seven.
6 BRIAN ORR: Of course, he said five.
7 TROY GERMAN: I think y'all heatedly go 1, 2,
8 3, 4, 5, whatever.
9 BRIAN ORR: Well, if you go in there and you --
10 and I know you know this, but --
11 TROY GERMAN: Well, I don't know. I may have
12 missed it.
13 BRIAN ORR: Well, of course, as I am doing all
14 of my notes here. Where is my -- where is my -- yeah.
15 Talking about the levels.
16 Of course, informal, you've got your VICO.
17 Again, I can't read upside-down. Two was a written
18 reprimand. Three, suspension without pay 1 to 30 days.
19 Four was suspension without pay 31 days or more.
20 TROY GERMAN: Right.
21 BRIAN ORR: And five is termination. So is
22 that --
23 TROY GERMAN: Wait a minute.
24 BRIAN ORR: Is that the levels you're talking
25 about?

Page 15

1 TROY GERMAN: Well, now, you said -- yes. But,
2 now, you go -- I've got the same levels, but in the -- in
3 the...
4 In the policy, it does this, but the levels are
5 split. In one of them, they're split here. Because I -- I
6 cut and pasted this.
7 BRIAN ORR: Uh-huh.
8 TROY GERMAN: This is straight out of policy.
9 One of them, it will say the verbal warning, informal and
10 all of that, corrective interview, oral reprimand. Well,
11 that's here. Well, that's not -- that's not the first
12 level. The first level is nonpunitive. And where that
13 actually comes from is on the disciplinary matrix.
14 BRIAN ORR: Uh-huh.
15 TROY GERMAN: If you will look down on the
16 disciplinary matrix, you're talking about the presumptive
17 discipline.
18 BRIAN ORR: Uh-huh.
19 TROY GERMAN: The presumptive discipline, if
20 you will look to the left of it, those seven levels of
21 action are down there. And they reference -- those seven
22 levels of action are referenced earlier in the policy.
23 Well, I agree with you, they're there. What
24 you're talking about, 1, 2, 3, 4, 5, they're there. But
25 this first one, when you say this first level, this VICO?

Page 16

1 BRIAN ORR: Uh-huh.
2 TROY GERMAN: Oh yeah, but the nonpunitive is
3 in there. The first level is nonpunitive action, which is
4 training, counseling, the things that we do as a
5 supervisor --
6 BRIAN ORR: Right.
7 TROY GERMAN: -- we want to do. And then you
8 come down, you go, well, the next one is going to be
9 documented, informal. This is phase 1 informal.
10 Then we're going to move into -- and they have
11 this split up. This is the part that I don't agree with,
12 but it's what our policy has. And it says -- and then it
13 has formal discipline is split -- split up into four areas:
14 written up to ten, the 30, the 60, termination. It's split
15 up that much. Is that all right?
16 BRIAN ORR: Good Lord.
17 TROY GERMAN: 1, 2, 3, 4, 5. Where informal is
18 split up into two, the nonpunitive and the formal. But you
19 know what I'm talking about the --
20 BRIAN ORR: Yes.
21 TROY GERMAN: -- the presumptive?
22 BRIAN ORR: Yes. Yes.
23 TROY GERMAN: Now, I can't imagine -- now, I --
24 I did this in color. And, of course, it came out in
25 frigging black and white.

Page 17

1 Big deal, using the matrix. I can't imagine
2 this being the case, but to get to these levels of
3 discipline, presumptive. Okay?
4 BRIAN ORR: Uh-huh.
5 TROY GERMAN: Now, the levels of discipline are
6 talked about before, but then in the disciplinary matrix,
7 talked about again. They're listed with presumptive
8 discipline --
9 BRIAN ORR: Uh-huh.
10 TROY GERMAN: In the same chart. Okay? So if
11 that's what they said, they may be -- it may be as simple
12 as this. "The disciplinary policy, in the matrix 1.31.1
13 talks about the different level -- action levels of
14 discipline in the matrix. What are they?"
15 BRIAN ORR: And that's where you've got to go
16 back to this.
17 TROY GERMAN: And that -- those are seven
18 bullet points that are very easy to give a bullet point
19 out. Does that make sense?
20 BRIAN ORR: Yeah.
21 TROY GERMAN: Because -- because if you're
22 looking at seven bullet points, that's an easy bullet point
23 deal. Does that make sense?
24 BRIAN ORR: Yeah. It does.
25 TROY GERMAN: And if that's it, nonpunitive --

Page 18

1   THE WAITRESS: I couldn't see his tea. That's
2   what I was trying --
3   BRIAN ORR: Sorry. We're talking. Haven't
4   even -- haven't even touched it yet. I'm sorry.
5   THE WAITRESS: No. I was just double-checking
6   you guys. I didn't want to --
7   TROY GERMAN: There's nonpunitive actions,
8   informal discipline, written reprimand to the level 1 is
9   this, level 2 is that. This is straight -- I mean, the
10  bold is bold in policy. I didn't change the bold. Level 1
11  -- because there's seven levels. Level -- that's that
12  Level 1, Level 2, Level 3, Level --
13  BRIAN ORR: Well, that's got to be what he's
14  talking about.
15  TROY GERMAN: It's got to be.
16  BRIAN ORR: I mean it's --
17  TROY GERMAN: That 1, 2, 3, 4, 5 that you're
18  talking about --
19  BRIAN ORR: Yeah. Yeah.
20  TROY GERMAN: -- is the same thing. And here's
21  the deal, memorize this, not that. Because if you memorize
22  -- here's why.
23  BRIAN ORR: Uh-huh.
24  TROY GERMAN: This has that. They won't take
25  points off for more. Does that make sense what I am

Page 19

1   saying?
2   BRIAN ORR: Yep. Yep.
3   TROY GERMAN: You level this off at them and
4   you go -- they say, "What are the five" -- they go, "Level
5   blah-blah-blah, talking about Levels 1 through -- five of
6   them."
7   And you look at them and you go, "Well, there
8   are seven action -- levels of action mentioned in policy
9   for discipline. Now, the first one is Level 1 is
10  nonpunitive. That could be training, this, this, this,
11  this. Number 2 is what we" -- VICO is how I remember it.
12  BRIAN ORR: That's how I remember it.
13  TROY GERMAN: Then you tell them that. "VICO is
14  how I remember it, but it's the first phase of discipline.
15  It's informal. Verbal warning, informal discussion,
16  corrective interview, that one."
17  Level 3 is when we're moving to formal. That
18  is written reprimand. And it actually separates it out
19  into Level 3. Or Level 4, actually. 1, 2, 3 -- yeah.
20  Level 3, written reprimand. Ask for a piece of paper, they
21  will give it to you. Write it down. They don't take
22  points off for writing things down. They will ask -- they
23  will give you a scratch piece of paper. Level 3, written
24  reprimand. Level 4, no more than ten days. Level 5, no
25  more than 30. Level 6, no more than 60. Level 7,

Page 20

1   termination.
2   So they took out demotion. It's not in here.
3   And that is involuntary demotion. Used to be -- used to be
4   considered in Merit. But now it says "and/or demotion,
5   and/or demotion, and/or demotion." It's all included. Now
6   it says 10, 30, 60 "and/or demotion" with all of those. So
7   they're all included in the same levels.
8   If I was going to memorize, even if they do the
9   five, if they say five, go, "Well, I memorized seven, but I
10  think what I have done is I think I broke down two of those
11  -- one of those into two more. So I am going to give you
12  the five I memorized."
13  Because the minute you do the seven, you're
14  going to get their five. Does that make sense?
15  BRIAN ORR: Yep. Yep.
16  TROY GERMAN: You will just be more detailed.
17  BRIAN ORR: Yeah.
18  TROY GERMAN: All right? Because if you look
19  at the -- again, I cut and pasted that straight out of the
20  policy.
21  BRIAN ORR: Well, I pretty much had the same
22  thing with the exception of I didn't have this one.
23  TROY GERMAN: Right.
24  BRIAN ORR: I've got two for one over here.
25  And then these are just broke down 10, 30, 60, where I just

Page 21

1   had them down over here.
2   TROY GERMAN: 1 to 30?
3   BRIAN ORR: 1 to 30 and 31 to --
4   TROY GERMAN: Has them.
5   BRIAN ORR: So we're on the same sheet of music
6   here.
7   TROY GERMAN: Correct.
8   BRIAN ORR: I've just got to --
9   TROY GERMAN: Right.
10  BRIAN ORR: -- flip my brain to do it this
11  away.
12  TROY GERMAN: Now, the using the matrix, I
13  can't imagine -- that is a -- they don't even know it. The
14  majors sitting on the board don't even know how to use the
15  matrix without reading the policy. They don't even give
16  enough discipline out to do that. Okay? Now, we can sit
17  here and talk about using the matrix. I -- you might want
18  to just look at it. The big deal people will screw with
19  is, one, if you have -- usually, when you discipline a
20  trooper, they have done four or five things wrong.
21  BRIAN ORR: Yeah.
22  TROY GERMAN: Whichever one holds the worst
23  category, A, B, C, or D, whichever one of those things they
24  did wrong is the worst one, then that's the one that we
25  use. It's the primary offense. All the others are

Page 22

aggravated. That's the hardest thing to get people -- that's the hardest thing to get past is identifying the hardest one. It means the one that's -- and forget about the rest of them for a minute. Because what the patrol wants to do is start making them aggravated right now.

BRIAN ORR: Yeah.

TROY GERMAN: They will go to that category A, B, C, or D, and they will say, "Well, this one is this. This one is mmm-mmm-mmm."

We're only using one, the one that's the worst. And leave it alone. Then once we identify it, we identify that one with Grade C. Does he have any more violations in that kind of behavior in the last four years? If he does, then it would be violations 1, 2, or 3. It will give us the level of action.

BRIAN ORR: Yeah.

TROY GERMAN: Now, level of action, you will have 1 through 7. Now, once we go to that level of action, we go across, it will have a presumptive discipline. That's where we grab the mitigating or the aggravating. And if he has multiple offenses, we up it one. If he has mitigating, we can down it one. Or if he has mitigating and aggravating --

BRIAN ORR: Lump them together.

TROY GERMAN: We can lump them. But one thing

Page 23

you always put in your letter is you -- Merit says this -- they will be considered. All mitigating and aggravating circumstances were considered. None -- or none rocked the penalty outside the presumptive discipline. Don't ever say that -- don't ever indicate that you didn't consider them, because they're supposed to be considered.

BRIAN ORR: Right.

TROY GERMAN: Does that make sense?

But I don't think that's it. If he told you -- if the chief told you what he told you here, he must have read something that talked about those action levels.

BRIAN ORR: Okay.

TROY GERMAN: Because there's nothing else that has that. 1, 2, 3, 4 would have been the four duties of a supervisor's responsibilities, supervisory responsibilities here.

You know, but when he said levels, you told me the level, I am like, "Well, I don't know what that is." But, man, that -- that was a bullet point. You want to talk about bullet points, those are -- those are easy bullet points for a board to sit there and go...

And it's on the matrix. It's in the policy once. It talks about the -- where I cut and paste, and then on that matrix deal.

BRIAN ORR: Uh-huh.

Page 24

TROY GERMAN: It says, actually, action levels. I mean, it's right there listed. You go 1, 2, 3, 4, 5, 6, 7. I mean, they're right -- got the money on them. I mean, as they are defined, I mean, right there next to them, and that's these. So I can't imagine those not being -- with what you said --

BRIAN ORR: Yeah.

TROY GERMAN: That -- that should be money 100% on that deal.

Now, the only one I don't feel is money is the officer-involved -- the member death, because it's like where is he wanting to go with that. That's why I am really wanting to go and hear somebody say, oh, here's how -- here's how it was worded, because then you kind of --

BRIAN ORR: Yeah.

TROY GERMAN: You were the IC, not the --

BRIAN ORR: Well --

TROY GERMAN: But with what --

BRIAN ORR: And that's what I've been reading, exactly what you're talking about. The chief is obviously appointing an IC. And because I said -- I -- I wrote it down. That's the way he said it. I wrote it down the way he said it.

TROY GERMAN: Okay. Now, the Signal 1 plan, you have already listed what? You have --

Page 25

BRIAN ORR: I feel --

TROY GERMAN: -- eight or nine or ten or something there?

BRIAN ORR: I feel comfortable with the Signal 1 plan.

TROY GERMAN: Same way, I think it's -- when I did the Signal 1 plan when I got promoted, I didn't -- I got lucky. If somebody ever says anything to you about "You look like you were prepared for that, Lieutenant," you can look right at them and go, "Yeah, Garrett Vowell is easy to read."

If they look at you figuratively and they say, "What do you mean by that?"

"Well, I studied everything else." You can even say, "Captain German gave me eight or nine things to read, to study, just like he did the last time. We knew he was making all of these questions." Which were widely known, Major Vowell was making the questions. "Heath Meyer's death the 14th of this month came up, officer/member-involved death. The Vance, Michael Vance deal, Captain was heavily involved in that. We wrote Signal" -- say you helped write or rewrite the Signal 1.

I mean, you give them -- you just sit there and look at them. "What's he involved with right now." The disciplinary stuff and all of that whole happy horse crap.

Page 26

1  BRIAN ORR: Yeah.
2  TROY GERMAN: Yeah. I think it -- who must
3  have been the captain over highway safety. I think he's
4  easy to read. I think he -- I think this kind of deal here
5  where just you're having to -- that's the kind of crap he
6  came up with.
7  BRIAN ORR: Yeah.
8  TROY GERMAN: Now, the traffic plan, I don't --
9  again, this is one of those I wish I knew how it was going
10  to be worded. "Lieutenant Orr, you have been -- you're
11  going to the Kiwanis Club, and you've got -- you're going
12  to give a two-minute presentation on how you're going to
13  have Troop A," because this is a Troop A interview. --
14  "Troop A's traffic safety plan for the Kiwanis Club."
15  Or is it a traffic plan -- traffic safety plan
16  for the command staff, traffic safety plan for this
17  interview board. It matters. Because if it's a traffic
18  safety plan for the Kiwanis Club, you're going to talk to
19  them differently than you're going to talk to those five
20  uniforms sitting there.
21  BRIAN ORR: Yeah.
22  TROY GERMAN: The five uniforms speak lingo.
23  And your two minutes, you can cover a lot of crap in two
24  minutes. Does that make sense?
25  BRIAN ORR: Oh yeah.

Page 27

1  TROY GERMAN: Okay. Now --
2  BRIAN ORR: You can't do that with the Kiwanis
3  Club --
4  TROY GERMAN: Right. So --
5  BRIAN ORR: -- and 70-year-old ladies. They
6  don't understand what a Signal 83 is.
7  TROY GERMAN: Right. So with that being said,
8  that's the only thing I want to preface. If they say
9  Kiwanis Club, speak plain English.
10  BRIAN ORR: Plain English. Yep.
11  TROY GERMAN: Tell them "thank you."
12  If they say "stand up," I would stand up. If
13  they say, "It's a presentation for the Kiwanis Club.
14  You're going to give us a mock presentation," I would back
15  away from the table and stand up.
16  I would look right at them and say, "So y'all
17  guys are the Kiwanis Club?" They would probably look at
18  you, "Well, we can't tell you that, but give us this."
19  I would look at them and say, "Okay. I'm going
20  to" -- the HR person will probably -- I hope it's not the
21  lady that's on cocaine, but probably will laugh and look at
22  them and say -- I don't know that I wouldn't look at them
23  and say, "Okay. First of all, we don't have any cocaine in
24  the room. Correct?"
25  BRIAN ORR: I don't think I will go there.

Page 28

1  TROY GERMAN: But look at them and go -- if it
2  was -- if it's the Kiwanis deal, I don't know that I
3  wouldn't look at them and say, "On behalf of the Oklahoma
4  Highway Patrol and Colonel -- Chief" -- I wouldn't say
5  "Colonel," because they don't understand rank.
6  "Chief Michael Harrell, appreciate the
7  opportunity to come and speak to the local Kiwanis Club.
8  One of the things in the presentation I brought is out of
9  Troop A down here in Oklahoma City. I work" -- because
10  Troop A doesn't mean anything. "Oklahoma City Troop A, how
11  we're going to do the traffic safety plan. I believe one
12  of the primary duties of the Oklahoma Highway Patrol is all
13  the traffic out here. That's what we do. That's why we
14  stop cars is to save lives. I mean, it's not -- it's not
15  for revenue. Even though it brings revenue into the corps
16  and the corps programs, that's not why we do it.
17  "Technology has made so much things better.
18  Cars are safer. Roads are better. We've got better roads
19  than we did in 1930. Cars are safer, absolutely, with the
20  airbags. Side deployment airbags now. But you can only do
21  traffic safety the same way you did in 1937, the same way
22  you do it now: engineering, education, and enforcement.
23  There are no other ways."
24  BRIAN ORR: I've got those written down.
25  TROY GERMAN: Oh, absolutely.

Page 29

1  BRIAN ORR: Yep.
2  TROY GERMAN: Engineering, education, and
3  enforcement. There are no other ways, Brother. It doesn't
4  matter what technology has done. It doesn't matter if we
5  have more miles driven, if we have more cars on the road.
6  It doesn't matter what technology has done. We have just
7  added more to it.
8  I would use personal stuff when I was talking
9  to these guys, not because it's a bullet point, because it
10  will be an example that might be an extra five percent,
11  half a point that they give you for something that you use
12  that's not a bullet point, but they give you half a point.
13  Look at how they're doing I-40. Why are they increasing it
14  to six lanes? That's an engineering feat. It's not
15  enforcement and that's not education. That's engineering.
16  The I-44, the turnpike, increasing it to six
17  lanes. That's an engineering feat. That's why we do that.
18  Why are they redoing the I-240 interchange? The wrecks.
19  It's one of the worst interchanges in the history of the
20  world. We're not going to do it with enforcement. We can
21  sit a trooper down there 24/7, it's not going to make that
22  traffic plan any better there. They had to straighten that
23  out. They had to make that to where it's no longer a
24  cloverleaf, to where it has a wide turn, where it takes
25  forever to merge in, give them plenty of view. That's in

Page 30

1 engineering. I would use engineering, and I would give
2 them examples of engineering.
3 Where you set up traffic lights here in Shawnee
4 at intersections because they started having so many
5 collisions at stop signs and uncontrolled that then you
6 start having a more controlled intersection, stoplights
7 instead of stop signs. You know, I would use examples,
8 things that they -- they -- because they will have
9 examples. But their examples may have four or five, and
10 you want to hit as many of those examples as you can
11 because you don't want one of those guys to say, "Well, he
12 only hit one." Give them three or four on engineering.
13 Now, the -- collect the data. There will be
14 some that won't say this, I promise you. Brother, if
15 you're going to do a traffic safety plan in Troop A, you
16 can't just go out there and throw darts at a board with
17 your eyes closed. I know you know this, but you're going
18 to have to -- you know it, but you're going -- and they
19 know it, but you're going to have to tell them you know it.
20 Does that make sense what I am saying?
21     BRIAN ORR: Uh-huh. Uh-huh.
22     TROY GERMAN: You're going to have to collect
23 the data for them somewhere or how. You can look at what I
24 used here. You've got ODOT data. You've got Safe-T.
25 You've got Parish. You've got -- I almost forgot to put

Page 31

1 Highway Safe Jobs. This is Garrett.
2     BRIAN ORR: Yeah. You know that will --
3     TROY GERMAN: They've got -- they've got data
4 analysts down there at Highway Safe Jobs I call all the
5 time to get all of our data.
6     BRIAN ORR: Yep. I did it when I was in A --
7     TROY GERMAN: Yeah.
8     BRIAN ORR: -- all the time.
9     TROY GERMAN: Yeah. I would make sure I would
10 say that. You were about to -- say "Major" -- go, "Major,
11 Highway Safe Jobs, I called them all the time down there.
12 Called them to get their intel, their data people down
13 there to compile the data. I got data from them all the
14 time." I would say, "We use Chris Rogers down there with
15 the GIS down there at Paris. Chris Rogers will do spot
16 maps for us. But we can't do anything on a traffic safety
17 plan if I don't know where the problem is. Because the
18 first thing I must do is identify the problem."
19     BRIAN ORR: Yeah.
20     TROY GERMAN: So once I --
21     THE WAITRESS: You guys doing all right?
22     TROY GERMAN: Yes, ma'am.
23     THE WAITRESS: I'm just checking on you.
24     TROY GERMAN: I appreciate it.
25     Once we identify the problem, because there are

Page 32

1 problems in Troop A.
2     BRIAN ORR: Yeah.
3     TROY GERMAN: Just like there is anywhere else.
4 I pick the top three. Once I pick the top three, that's
5 where I don't know if it's a DUI deal, traffic collision
6 reduction plan, or what it is. But I would like to know if
7 this was a traffic safety plan, because it doesn't just
8 have to do with collisions, if they say "traffic plan,"
9 "traffic safety plan," because that's just the collisions
10 because then I would switch gears.
11     I would go "What about DUI enforcement? What
12 are we going to do about that? That's a traffic safety
13 plan. What are we going to do about that?"
14     Because highway safety, think you're going to
15 have anything about highway safety and all of that?
16 Working with other agencies pulling together, how we used
17 to have those big emphasis, and we would pull troops in
18 from across the state. Pull all of your resources in.
19     Oh, here's one that he would love. It's called
20 maintenance of effort. If you want to write down
21 "maintenance of effort." That is a federal term saying
22 that, you know, we can get all the grant money we want, but
23 they want to see maintenance of effort. In other words,
24 they want to see us doing our part without overtime money.
25     Do we go out and hold special emphasis that

Page 33

1 isn't overtime money. Does the captain schedule special
2 emphasis for DUI or seat belt enforcement. It has nothing
3 to do with overtime highway safety money. They go out and
4 do it on their own, because that's what we do.
5     BRIAN ORR: See, I can remember this because we
6 have to do this in Troop S.
7     TROY GERMAN: For federal money.
8     BRIAN ORR: It's federal money.
9     TROY GERMAN: That is exactly right.
10     BRIAN ORR: That goes --
11     TROY GERMAN: But those guys will know what
12 that is. Tim will know what it is. Garrett, I guaranty
13 you he will know what it is. And that will be one of those
14 half points that you can get check off on on a bullet
15 point.
16     When you're talking about education, use
17 examples of programs, radio, newspaper, billboards, rad- --
18 social media is huge. Troop A, I would talk about how I
19 would have my own Troop A social media that would be
20 approved by the AO, public affairs, and also my major. If
21 something is happening on the weekend in Troop A, I want
22 Troop A -- Troop B has it, things around the Roosevelt
23 Bridge, that big deal that happened down there.
24     BRIAN ORR: Why don't we have it at A now?
25     TROY GERMAN: (Inaudible). No one is leaning

Page 34

1 forward. No one is -- no one is thinking outside the box,
2 Brian. We're low on manpower. We get that. So how are we
3 going to think outside the box? I would lay that out
4 there. I would lay that there. Everybody knows we're low
5 on manpower. I would look right at them -- I would sit
6 back and visit with them, if it's that kind of interview.
7      Question on the traffic plan deal, I would look
8 at them and say, "Gentlemen, everybody knows we're low on
9 manpower. That is not something I can fix as a troop
10 commander, but I can think outside the box. I can, on the
11 enforcement, take everybody that day, leave one guy in
12 Pottawatomie and Lincoln County, and shove all of my
13 manpower over in Payne County because my collision picture
14 is right. And I know that because of all of this
15 collection of data."
16      I would say, "I will know where to put my men.
17 I will look at my lieutenants and say this is where we're
18 going. This is -- we're taking all of our men and we're
19 going over here. And then we will go over here to this
20 problem area. We will go to this problem area."
21      Then I would look right at Major McCoy and say,
22 "I believe you do that now." You look at him and say
23 "Captain German told me you do that now, and you ended up
24 changing your problem areas." He concentrated so much on
25 those problem areas that, when they ran the data later,

Page 35

1 they changed. They went somewhere else. They had to do it
2 somewhere else.
3      BRIAN ORR: See, how I can remember that too is
4 we do that with Troop S. Our problem areas were trucks.
5      TROY GERMAN: Shift.
6      BRIAN ORR: Yeah. We will send ten guys.
7      TROY GERMAN: So what you're showing -- say
8 because you say, "It's not -- this isn't just something
9 that you -- that you read in a book. Guys, this works. I
10 know it works. We do this in S. We would have problem
11 areas with trucks, we would go saturate it, we would
12 manipulate the schedule and whatever we had to do. Problem
13 areas shift. It wouldn't be here anymore. They would go
14 over here. Same way with the traffic safety plan. Guys, a
15 traffic safety plan isn't just collisions. It's seat belt
16 enforcement, DUI enforcement."
17      That's why I would like to know if it's a
18 collision reduction plan.
19      BRIAN ORR: Yeah.
20      TROY GERMAN: Or a traffic plan, because
21 there's --
22      BRIAN ORR: Yeah. He said "traffic."
23      TROY GERMAN: Okay.
24      BRIAN ORR: So...
25      TROY GERMAN: Because I would talk about

Page 36

1 collisions, but then I would talk about DUI enforcement. I
2 would talk -- because I would let them know I know it's
3 more than just that.
4      BRIAN ORR: Yeah.
5      TROY GERMAN: But the data collection, where
6 are my high -- where are my high problem areas? Mondays?
7 Fridays? What are they?
8      BRIAN ORR: They are Mondays and Fridays.
9      TROY GERMAN: Sure they are. Yeah. I know. I
10 was there.
11      BRIAN ORR: Because everybody is pissed off
12 because they're going back to work. And Fridays, everybody
13 is ready to get home.
14      TROY GERMAN: Highway safety, using their money
15 to coordinate with them in media releases, DUI checkpoints,
16 DL checkpoints. What did I say? Aircraft. Nobody -- when
17 is the last time -- those are not hardly ever used like
18 they used to be.
19      My guys will call on Greg Thompson out there.
20 They will call that Air -- that Pilot Thompson out there on
21 their own now and get him out there working on 40 and
22 stuff.
23      BRIAN ORR: Right.
24      TROY GERMAN: But they weren't near -- guys,
25 you can look at this stuff. If you have a high collision

Page 37

1 day, don't let that be a day off. Tell your lieutenants,
2 "Rework the schedule. No days off on Tuesdays or Mondays,"
3 or Thursdays or Wednesdays, whatever it is, because it
4 shifts. It's not always the same.
5      BRIAN ORR: Yeah.
6      TROY GERMAN: Shift your manpower.
7      And if your collision picture is on swings,
8 because it is in Troop A. It has to be -- It had to be.
9 And it doesn't matter if the troopers like day shifts.
10 We're here to -- we're here to actually accomplish a job.
11      BRIAN ORR: Yeah.
12      TROY GERMAN: Now --
13      (End of recording)

Page 38

1                CERTIFICATE
2  STATE OF OKLAHOMA )
                    ) SS:
3  COUNTY OF OKLAHOMA )
4
5      I, Lori Johnston Harstad, a Certified Shorthand
6  Reporter for the State of Oklahoma, certify that the
7  transcription of the audio recording was taken by me in
8  stenotype and thereafter transcribed by computer and is a
9  true and correct transcript of the recording to the best of
10 my ability; that the transcription was taken by me on July
11 27, 2020, at 11:00 a.m. in Edmond, Oklahoma; and that I am
12 not a relative, employee, attorney or counsel to any party
13 in this case or a relative or employee to any counsel in
14 this case or otherwise financially interested in this
15 action.
16     Witness my hand and seal of office on this 27th day
17 of July, 2020.
18
19
20
           Lori Johnston Harstad, CSR, RPR, RSA
21         CSR# 01726  NCRA# 053265
22
23
24
25