# TROY GERMAN, PLAINTIFF, V. BRIAN ORR, DEFENDANT

# WDOK 19-CV-751-F

# MOTION EXHIBITS FOR DEFENDANT ORR'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 8 – TROOP A TEST QUESTIONS

18-0631CI

Captain Promotional Interview

July 2018

APPLICANT NAME: _____   DATE: _____

INTERVIEWER NAME: _____   SCORE: _____

Provide the candidate the question in both written and verbal format. (Don't let them mark on the blank question)

Explain to the candidate:

*"You are interviewing for the rank of Captain on the Oklahoma Highway Patrol. You will be asked four questions to assess your basic knowledge of the position. You will be provided each question in writing.*

*When you are asked a question, please feel free to take a few moments to relax and collect yourself prior to responding. If you need me to re-read the question simply ask me to do so.*

*The board will be taking notes for their own recollection"*

BOARD MEMBERS: At no time are you to advise an applicant that they can stop because they have hit all the benchmarks. This will not occur by the Chair or by any member. It is not the responsibility of the board to further explain questions to applicants. This could potentially create disparity in grading and performance if all candidates are not given the same "coaching." It is not our job to redirect or get members back on track.

EXHIBIT 2
Deponent Rhoades
Date 9/17/20

326

18-063101

OKLAHOMA HIGHWAY PATROL
Captain Promotional Interviews
Troop A
July 2018

Total Score _____

Applicant: _____    Score: _____

Interview: _____    Date: _____

Question #1

You are the Troop Commander of Troop A when you get a phone call from one of your supervisors that a Trooper was killed in the line of duty. Per OHP policy 02.24.00, the Chief of Patrol assigns you as the Incident Commander. Explain to the board what your role is and give a summary of your duties as the Incident Commander.
(Source: OHP Policy 02.24.00 Appendix A)

## BENCHMARKS

- Respond directly to the scene or hospital
- Ensure family members are notified and transported to the hospital
- Ensure all appropriate personnel are notified including patrol personnel, public affairs commander, human resources division, chaplain, workers compensation, state insurance and the commissioner's office
- Assign a liaison to the family at the hospital
- Assign a liaison for funeral and event management
- Assign or perform liaison duties for benefits and post-event communication with the family
- Maintain all files pertaining to the incident, medical care, funeral, benefits and post-event communications
- Manage the line of duty death event as commander and ensuring all liaison duties are completed.
- Ensure all command staff members are kept informed of any information pertaining to the event, medical care and post event occurrences
- Ensure immediate financial assistance is provided through the OHP $50 plan program.

Circle appropriate score:   0   1   2   3   4   5

Notes:
_____
_____

Guidelines for scoring:
0    Does not know what to do in this situation.
1-2  Able to identify one (1) to four (4) of the bullet points, but is unable to articulate any details.
3-4  Able to identify five (5) to eight (8) of the bullet points and is able to articulate a few of the details.
5    Able to identify all of the bullet points and able to articulate the details in depth.

18-063101

## OKLAHOMA HIGHWAY PATROL
### Captain Promotional Interviews
### Troop A
### July 2018

Applicant: _____     Score: _____

Interview: _____     Date: _____

Question #2
Per OHP policy 06.02.00, the Troop Commander shall take steps to ensure all Patrol personnel provide a quick and efficient response to an incident for the Signal 1 plan. Explain what the Signal 1 plan is and what the steps include.
(Source: OHP Policy 06.02.00)

Benchmark
- Confirm that all Patrol personnel under their command or within their Troop are aware of the response plan information and details regarding the emergency.
- Commanders shall ensure that an acknowledgment of the information is received from all Patrol personnel and logged into the CAD system.
- Any additional units going into service shall be notified, send acknowledgment, and logged accordingly.
- Ensure Patrol personnel in the areas immediate to or adjacent to the emergency remain in-service and patrol main thoroughfares, interstate highways and arterial streets in the most practical area relative to the emergency.
- Patrol personnel shall avoid meal breaks, unit repair, or other non-patrol-related activity. The goal is to place as many patrol personnel along traveled routes and locations as quickly as possible.
- Ensure Patrol officers actively patrol in parks, rest areas, convenience stores, truck stops, motels, apartment buildings, and any other locations where a suspect may travel, seek shelter, or hide.
- Ensure, in the event a critical alert is received from another state or distant jurisdiction, that all personnel in the Troop are aware of the information and provide an appropriate and timely response.
- Field Troop Commanders shall have the authority for the response within their Troops to include all special services units.
- Updated Signal 1 information shall be broadcast immediately. The most recent Signal 1 information shall be repeated each hour and logged into the CAD system.
- The duration of the Patrol's response is indefinite depending upon the circumstances and location of the emergency.
- Commanders shall consult with the Duty Officer regarding the duration of the Patrol's response.

Circle appropriate score:    0    1    2    3    4    5
Notes:

Guidelines for scoring:
- 0   Does not know what to do in this situation
- 1-2  Able to identify one (1) to four (4) of the bullet points, but is unable to articulate any details
- 3-4  Able to identify four (4) to seven (7) of the bullet points and is able to articulate a few of the details
- 5   Able to identify eight (8) or more of the bullet points and able to articulate the details in depth.

18-0631C1

OKLAHOMA HIGHWAY PATROL
Captain Promotional Interviews
Troop A
July 2018

Applicant: _____    Score: _____

Interview: _____    Date: _____

Question #3
OHP defines discipline as informal or formal action to correct infractions or statute, rule, policy, practice or procedure regarding work performance or behavior. Per OHP policy 01.31.00, explain to the board what the Levels of Action are under the Disciplinary Matrix.

Benchmarks

- Level 1 – Informal Discipline, which may include:
    a. Verbal Warning
    b. Informal Discussion
    c. Corrective Interview
    d. Oral Reprimand
- The supervisor is *not* required to impose all four types of informal discipline mentioned above before progressing to formal discipline. For example, a verbal warning may be followed by a Written Reprimand for repeated offenses.
- **Level 2 - Written Reprimand**
- **Level 3 – Suspension without pay for 1- 30 days and/or transfer and/or demotion.**
- **Level 4 – Suspension without pay for 31 days or more and/or transfer and/or demotion.**
- A suspension without pay is not to exceed 60 calendar days (approximately 40 work days).
- **Level 5 – Termination of Employment**
- The mitigated penalty shall not be lower than the next lowest presumptive penalty. All levels may include transfers, training, additional reviews through the Performance Management Process (PMP), remedial efforts, and/or implementation of a disciplinary probation period.

Circle appropriate score:    0    1    2    3    4    5
Notes:

_____

_____

Guidelines for scoring:
0   Does not know what to do in this situation
1-2  Able to identify one (1) to three (3) of the bullet points, but is unable to articulate any details
3-4  Able to identify four (4) to seven (7) of the bullet points and is able to articulate a few of the details
5   Able to identify all of the bullet points and able to articulate the details in depth.

18-0631CI

OKLAHOMA HIGHWAY PATROL
Captain Promotional Interviews
Troop A
July 2018

Applicant: _____     Score: _____

Interview: _____     Date: _____

Question #4
The Troop Commander of Troop A is responsible for the largest troop in the state. You will be participating in troop meetings, conferences, seminars, and delivering safety talks to various groups as stated in OHP policy 02.10.00. At this time, take 30 seconds to gather your thoughts and deliver to the board approximately a two minute traffic safety speech regarding Troop A.

Benchmarks

- Stands to address the board (may use dry erase board)
- Maintains eye contact with the board throughout the speech
- Good flow with speech, clarity and stays on track
- Addresses educating the public, enforcement efforts, statistics etc.
- Professionalism- Uniform, brass, and demeanor are in order
  *Any other relevant information not listed (must be explained in comments)*

Circle appropriate score:    0    1    2    3    4    5

Notes:
_____
_____
_____
_____

Guidelines for scoring:
0     Unable to perform the instruction.
1-2   Able to perform one (1) to two (2) of the bullet points, but is unable to articulate any details.
3-4   Able to perform three (3) to four (4) of the bullet points and is able to articulate a few of the details.
5     Able to perform all of the bullet points and able to articulate the details in depth.

330