# TROY GERMAN, PLAINTIFF, V. BRIAN ORR, DEFENDANT

# WDOK 19-CV-751-F

# MOTION EXHIBITS FOR DEFENDANT ORR'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 9 – HARRELL INTERVIEW SUMMARY 1

Oklahoma Department of Public Safety
**Oklahoma Highway Patrol**

**SUPPLEMENTAL FORM**

[x] OHP Investigation
[ ] Agency Assist

Page 1 of 2

TITLE OF REPORT         **COLONEL MICHAEL HARRELL INTERVIEW**

On Tuesday, December 11, 2018, at 2:02 P.M., Colonel MICHAEL HARRELL was interviewed pursuant to criminal investigation case number 18-0631CI. HARRELL is employed as the Chief of the Oklahoma Highway Patrol (OHP). His address is 3600 North Martin Luther King Avenue, Oklahoma City, Oklahoma 73111. The contact telephone number is (405) 425-2003. HARRELL was interviewed by Captain JASON HOLT and Trooper JIM PARISH. The interview was conducted inside HARRELL's office. Also present during the interview was Oklahoma Department of Public Safety (DPS) General Counsel MEGAN SIMPSON. After being informed of the reason for the interview, HARRELL provided the following information.

On August 13, 2018, HARRELL had a meeting with his command staff, which included OHP Majors and Deputy Chiefs. During the meeting, HARRELL shared sensitive information with the staff regarding the Department. Along with the information, HARRELL specifically asked the information to not be shared outside of the meeting.

Some time after this meeting occurred, both OHP Deputy Chiefs, RUSSELL MAPLES and JAMES WILSON, went to HARRELL and informed him the information had been leaked and it was out in the field. MAPLES and WILSON revealed they had been made aware of this fact from Major MIKE MIZE. It was then determined Major JACK MCCOY had told MIZE about the information and further revealed that Captain TROY GERMAN had asked MCCOY about the sensitive information.

On August 21, HARRELL called MCCOY and GERMAN to his office for a meeting. Also included in the meeting were MAPLES and WILSON. HARRELL confronted GERMAN and inquired as to how he had learned of the sensitive information. GERMAN told HARRELL he had learned it through his wife. It has been determined GERMAN's wife is in no way affiliated with DPS, other than through GERMAN. HARRELL began to press GERMAN about how he learned the information from his wife. He told GERMAN he was not being truthful because there was no way she could have known.

GERMAN became upset and began arguing in an adversarial way with both MAPLES and WILSON, in what HARRELL believed to be an attempt to redirect the conversation. HARRELL told GERMAN he knew he was lying about how he had learned of the sensitive information. GERMAN continued to tell HARRELL and the others his wife had informed him of the information. Eventually, GERMAN was dismissed and left HARRELL's office, visibly upset. He appeared to be in disbelief HARRELL would not take him at his word.

| INVESTIGATING TROOPER | BADGE # | TROOP | COUNTY | AGENCY CASE # | DATE OF REPORT |
|---|---|---|---|---|---|
| TRP JIM PARISH | 504 | Z | OKLAHOMA | 18-0631CI | 12/12/2018 |

**This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.**

18-0631CI

## COLONEL MICHAEL HARRELL INTERVIEW

Page 2 of 2

HARRELL later found out GERMAN had gone to the office of the DPS Commissioner RUSTY RHOADES, on the same day, after the aforementioned meeting. GERMAN requested to speak with RHOADES. Originally, HARRELL was not made aware of the specific content of the meeting. However, HARRELL later found out that during the meeting with RHOADES, GERMAN admitted he had lied to HARRELL regarding how he had learned of sensitive information. Ultimately, RHOADES told both HARRELL and SIMPSON about the content of that specific meeting between GERMAN and RHOADES.

In addition to this interview, HARRELL provided a detailed written statement regarding the information above and additional information he has been told by RHOADES and SIMPSON. During this interview, HARRELL acknowledged his written statement accurately reflects his recollection of those conversations.

**NOTE: This interview was recorded. The digital file is included with this case.**

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.