# TROY GERMAN, PLAINTIFF, V. BRIAN ORR, DEFENDANT

# WDOK 19-CV-751-F

# MOTION EXHIBITS FOR DEFENDANT ORR'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 13 – FRANCIS INTERVIEW TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

TROY D. GERMAN,                )
                               )
     Plaintiff,                )
                               )
                               )
-vs-                           ) Case No. CIV-19-751-F
                               )
                               )
BILLY D. "RUSTY" RHOADES,      )
individually; MICHAEL          )
HARRELL, individually;         )
BRIAN ORR, individually;       )
and MEGAN SIMPSON,             )
Individually,                  )
                               )
     Defendants.               )


TRANSCRIPT OF AUDIO RECORDING

OF INTERVIEW WITH TROY GERMAN

TITLED "181217_1830 CPT G CHANDLER"

TRANSCRIBED ON JUNE 22, 2020


TRANSCRIBED BY KATE SCIPIONE, CSR, RPR

EXHIBIT 3

```
                                                          Page 2
 1       (Beginning of audio file titled "181217_1830 CPT G
 2                         Chandler.")
 3                       * * * * * *
 4       A.   Ride -- I can ride with her?
 5       Q.   Yes.  May have to make a phone call to make
 6  sure.
 7       A.   Well, I've been riding with her all day.
 8       Q.   I know.
 9       A.   But I get it.  You about to put handcuffs on
10  me?
11       Q.   No, sir.
12       A.   Okay.
13       Q.   Okay.  Were there any recordings between you
14  -- and, again, Troy, you understand you're still
15  under Miranda --
16       A.   I do.
17       Q.   -- right?  Okay.  And I said this earlier,
18  but -- and I've got tape going -- December 17th and
19  it's 1735, or 5:35 P.M., and we are at the Eastside
20  Elementary?
21       A.   Yes, sir.
22       Q.   Okay.  All right.  Were there any recordings
23  between you and the commissioner or you and the chief
24  at anytime that you recorded?
25       A.   I did not record any.
```

Page 3

1     Q.   Do you know of any recordings that were --
2     A.   No.
3     Q.   Okay.  The -- the letter that was produced
4  by you that you presented to Rusty, Commissioner
5  Rhoades, can you explain what was on that letter as
6  far as the -- my understanding was they -- they had
7  told me that there was a time line or something
8  there, and they were asking about the time line as
9  far as what was on the letter.
10    A.   Okay.  The deal is, I was trying to -- this
11 is where I'm going to go with it.
12    Q.   Okay.
13    A.   I was trying my best to show Rusty as
14 corrupt as I could.  And that's as far as I'm going
15 to go.  I know he was in collusion.  So that's as far
16 as I'm able to answer right now.
17    Q.   Okay.  So the letter -- the letter that you
18 typed --
19    A.   -- was to get Rusty further in than what he
20 was.  That is correct, sir.  Because of the
21 collusion, the corruption, the lying, the cheating,
22 and I was trying my best to effect change.
23    Q.   So my understanding would be you're not
24 going to tell me what was on the letter or...
25    A.   I've already talked to Holt about what all

Page 4

1  the things were on the letter, things to do and all
2  that, but go ahead with the next one.
3      Q.  Well, that -- that's -- he's the one that
4  actually is -- is -- wasn't sure about the time line
5  that you had on the letter.  What -- what exactly --
6  was there a time line there as far as what was
7  asked --
8      A.  That --
9      Q.  -- to be done or...
10     A.  -- that I wanted -- yeah.  That I wanted to
11 see change happening.  Not necessarily what to be
12 done, just the change happening.  Removing the chief
13 -- or not -- not even removing the chief.  Just
14 dealing with the chief, doing what's right, and the
15 chief -- vacating the promotion.
16         There were things going on there that were
17 improper.  And now I'm in a bind, and that's too
18 dadgum bad.  I -- I guess I tried too hard to do what
19 was right.  But, anyway, bottom line is -- go ahead.
20 I'm done with that one.
21     Q.  Well, I -- I just -- as far as the -- the
22 letter itself and -- and you wanting change done, was
23 there -- I guess -- I guess I'm trying to get
24 specific as far as what was on the letter.  What -- I
25 mean, how many items were on the letter?  Were there

```
                                                      Page 7
 1        Q.   Okay.  July this year?  This past July?
 2        A.   That's right.
 3        Q.   Okay.
 4        A.   Now, again, now, you can get my phone
 5   records when I talked to Stan.
 6        Q.   Okay.  So was that -- I'm assuming was that
 7   a phone call conversation --
 8        A.   Yes.
 9        Q.   -- or was that in person?
10        A.   No.  It was a phone call.
11        Q.   What did Stan tell you, if anything?
12        A.   He'd pray for me.  He'd be -- that -- that
13   was a bad deal and that he understood my dilemma.
14        Q.   So going -- going back to the -- and I know;
15   I don't mean to harp on it --
16        A.   You're doing your --
17        Q.   -- Troy.
18        A.   -- job.
19        Q.   Going back to the letter, can -- can you try
20   to think what was on the letter as far as -- I mean,
21   was there a list of things that you were wanting --
22        A.   I was wanting the promotional process
23   changed and trying to effect change that way, trying
24   to do what's right on that, trying to get things
25   right.
```

```
                                                        Page 9
 1   dodged a bullet.  But I don't intend to sit on it.
 2        Q.  Right.
 3        A.  So the orders came out, like, on a Thursday
 4   or Friday -- it's on my time sheets -- came out on a
 5   Thursday or Friday, and then on my time sheets, it
 6   will say met with number one.
 7        Q.  Okay.
 8        A.  Meeting with one, met with one, something
 9   like that on my time sheet.
10        Q.  Did you -- on your time sheets, did you do
11   that regularly when you had meetings like that?
12        A.  Yes.
13        Q.  Okay.
14        A.  I met with him three times, and my time
15   sheets have all three, and my major knew about all
16   three meetings.
17        Q.  Okay.
18        A.  I played too hard.
19        Q.  Okay.  So you wanted a change in the
20   promotional process.  Was that specifically written
21   on that note or --
22        A.  I'm sure it was.  Now, this is a long time
23   ago, now.
24        Q.  Understand.
25        A.  And I took down notes.
```