# TROY GERMAN, PLAINTIFF, V. BRIAN ORR, DEFENDANT

# WDOK 19-CV-751-F

# MOTION EXHIBITS FOR DEFENDANT ORR'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 15 – MAPLES INTERVIEW SUMMARY

Oklahoma Department of Public Safety
**Oklahoma Highway Patrol**
SUPPLEMENTAL FORM

[x] OHP Investigation
[ ] Agency Assist

Page 1 of 2

### TITLE OF REPORT — LIEUTENANT COLONEL RUSSELL MAPLES INTERVIEW

On Monday, January 7, 2019, at 9:32 A.M., Lieutenant Colonel RUSSELL MAPLES was interviewed pursuant to criminal investigation case number 18-0631CI. MAPLES is employed by the Oklahoma Highway Patrol (OHP) and is assigned to Troop HQ. Troop HQ is located at 3600 North Martin Luther King Avenue, Oklahoma City, Oklahoma 73111. The contact telephone number is (405) 425-2410. MAPLES was interviewed by Lieutenant JOHNNY FAIRRES and Trooper JIM PARISH. The interview was conducted at the OHP Investigations Division Headquarters. After being informed of the reason for the interview, MAPLES provided the following information.

On Sunday, December 16, 2018, at 6:00 P.M., MAPLES received a phone call from Colonel MICHAEL HARRELL asking him to come into the office. Present at the meeting were HARRELL, MAPLES, and Lieutenant Colonel JD WILSON. HARRELL informed them Captain TROY GERMAN was attempting to blackmail Department of Public Safety Commissioner RUSTY RHOADES and there was an ongoing investigation.

MAPLES also explained at a previous Chief's Update Brief (CUB), there was confidential information put out to the command staff. That information was leaked a short time after the meeting. MAPLES was present when WILSON called GERMAN into the office to question him as to where GERMAN had heard the leaked, confidential information. In that meeting, GERMAN became defiant toward WILSON and claimed he heard the leaked information from his wife.

GERMAN then requested a meeting with HARRELL, WILSON, and MAPLES. Also present was Major JACK MCCOY. In the meeting, GERMAN attempted to justify his defiance toward WILSON and turn the tables, so he was the victim. After this second meeting, GERMAN met with RHOADES and told him that he had lied to HARRELL.

Prior to the meeting with HARRELL and WILSON on December 16, MAPLES had no knowledge of GERMAN recording a conversation with Captain BRIAN ORR, or the allegations that HARRELL had provided ORR with questions for the promotional interview.

MAPLES is the Lieutenant Colonel over Region One. As such, he has no direct professional contact with GERMAN. WILSON is over Region two and is in GERMAN's direct chain of command. GERMAN has not approached MAPLES with any allegations of improprieties and has no knowledge of GERMAN ever approaching WILSON with concerns of improprieties in the promotional process.

| INVESTIGATING TROOPER | BADGE # | TROOP | COUNTY | AGENCY CASE # | DATE OF REPORT |
|---|---|---|---|---|---|
| AARON MCKEY | 454 | Z | OKLAHOMA | 18-0631 CI | 01/14/2019 |

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.

Since the meeting on Sunday December 16, MAPLES has had no contact with GERMAN. This is not unusual, as they have little to no professional contact.

**Note: This interview was recorded. The digital file is included with this case.**

This report is the property of the Oklahoma Highway Patrol and is loaned to your agency. It and its content are to be considered LAW ENFORCEMENT SENSITIVE and are not to be distributed outside your agency.