# TROY GERMAN, PLAINTIFF, V. BRIAN ORR, DEFENDANT

# WDOK 19-CV-751-F

# MOTION EXHIBITS FOR DEFENDANT ORR'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 24 – PRATER DEPOSITION

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

TROY D. GERMAN, )
)
Plaintiff, )
)
-vs- ) No. CIV-19-751-F
)
BILLY D. "RUSTY" RHOADES, )
individually; )
MICHAEL HARRELL, individually;)
BRIAN ORR, individually; and )
MEGAN SIMPSON, individually, )
)
Defendants. )

* * * * *

DEPOSITION OF DAVID WAYNE PRATER

TAKEN ON BEHALF OF THE PLAINTIFF

IN OKLAHOMA CITY, OKLAHOMA

ON JUNE 17, 2020

COMMENCING AT 1:56 P.M.

* * * * *

INSTASCRIPT, L.L.C.
101 PARK AVENUE, SUITE 910
OKLAHOMA CITY, OKLAHOMA 73102
405.605.6880
schedule@instascript.net

REPORTED BY: BETH A. McGINLEY, CSR, RPR

A P P E A R A N C E S

APPEARING FOR THE PLAINTIFF:

MR. BARRETT T. BOWERS
WARD & GLASS
1601 36th Avenue, N.W.
Suite 100
Norman, Oklahoma 73072
405.360.9700
barrett@wardglasslaw.com

APPEARING FOR THE DEFENDANT BRIAN ORR:

MR. S. ALEX YAFFE
MR. ANDREW M. CASEY
FOSHEE & YAFFE
12231 S. May Avenue
Oklahoma City, Oklahoma 73170
405.378.3033
ayaffe@fylaw.com
andrewc@fylaw.com

APPEARING FOR THE DEFENDANTS BILLY D. "RUSTY" RHOADES, MICHAEL HARRELL, AND MEGAN SIMPSON:

MR. GARRY M. GASKINS, II
DRUMMOND LAW, PLLC
1500 South Utica Avenue
Suite 400
Tulsa, Oklahoma 74104
918.749.7378
gmg@drumlaw.com

APPEARING FOR THE WITNESS:

MR. RODNEY J. HEGGY
OKLAHOMA COUNTY DISTRICT ATTORNEY'S OFFICE
Assistant District Attorney
320 Robert S. Kerr Avenue
Suite 505
Oklahoma City, Oklahoma 73102
405.713.1600
rod.heggy@oklahomacounty.org

ALSO PRESENT:

MR. TROY D. GERMAN

TABLE OF CONTENTS

| | Page |
|---|---|
| EXHIBIT INDEX | 3 |
| STIPULATIONS | 4 |
| DAVID WAYNE PRATER: | |
| EXAMINATION BY MR. BOWERS | 5 |
| EXAMINATION BY MR. GASKINS | 88 |
| EXAMINATION BY MR. YAFFE | 105 |
| FURTHER EXAMINATION BY MR. BOWERS | 114 |
| FURTHER EXAMINATION BY MR. GASKINS | 117 |
| FURTHER EXAMINATION BY MR. YAFFE | 119 |
| REPORTER'S CERTIFICATE | 122 |
| JURAT | 123 |
| ERRATA SHEET | 124 |

PLAINTIFF'S EXHIBIT INDEX

| No. | Description | Page |
|---|---|---|
| 1 | Indictment | 60 |
| 2 | Information | 67 |
| 3 | First Amended Complaint | 86 |

going to come to me and ask that charges be filed against Troy German.

And I said, "Okay, you feel so strongly about this," I said, "have it investigated. You -- you make a report, you give your statement to your investigators, they follow up, they pursue, they get video from wherever it was that you guys were meeting at, whatever they can get to corroborate the things that you have alleged here against Troy German, and you have them bring it to me and I -- you have -- you have my pledge on this: If, in fact, after reviewing that investigation, if I believe that Troy German blackmailed you, I will file charges on him."

And he said, "Well, who are we going to get to do that?" And I said, "I don't know." And he said, "Well, we can't let the Highway -- we can't let the OSBI do it because of Ricky Adams."

Q Who is Ricky Adams?

A Ricky Adams is the former Chief of the Highway Patrol that had been fairly unceremoniously forced out and -- and was then director of -- and still is director of the Oklahoma State Bureau of Investigation.

Q Is it common, when there may be a conflict or an investigation involving a member of a law enforcement agency, for the OSBI to conduct the investigation?

A It's not uncommon. It's not uncommon. And -- and I said, "Well, listen, I have -- I have faith in Ricky Adams and I have faith in the OSBI. You know, no matter what happened that -- that led to Chief Harrell being here, being the Chief of the Highway Patrol and Ricky Adams having to leave the Highway Patrol and being director of OSBI, I -- I've got faith to believe that the OSBI will do a -- a -- an objective investigation and everything." And I said, "But -- okay, if you've got concerns about that" -- I said, "Listen your Troop Z, most of them are top -- top notch." That's the investigative arm of the Highway Patrol, Troop Z.

I said, "I've had good relationships with those guys, no matter who's been in there. You know, throughout the years, there's been a number of people in and out. I don't even have a problem with Troop Z investigating these allegations that you have against Troy German. They've done internal investigations before, that I've been involved in, and I -- I could rely on those, I felt like they were well done. They've done criminal investigations on troopers, they -- I can rely on those, they've been well done.

"So, even though you're the alleged victim in this case, I have no problem with you having your own Troop Z investigate this. And when they completely

really, it wasn't very nice.

Q Okay. Now, subsequent to the December 11 meeting, have you reviewed any evidence of -- that supported the charges that were eventually filed against Mr. German?

A I don't recall seeing anything.

Q Have you seen the investigation that was completed by Troop Z?

A No, sir.

Q Have you seen any of the transcripts from the grand jury proceeding?

A No, sir.

Q Okay. Have you -- have you been provided or seen a -- the interview that -- that was taken of Mr. German?

A Regard- --

Q In the investigation.

A No, sir.

Q Okay. And you don't know if Mr. German made any -- any sort of admissions or confessions in that -- in that interview, that would support the -- the criminal charges?

A No, sir.

Q Okay. Now, I believe you discussed before that -- that you were -- that Mr. Rhoades never came