# DEPARTMENT OF PUBLIC SAFETY
## Troop D

**TO:** Colonel Michael S. Harrell #3      **DATE:** June 27, 2019

**FROM:** Captain Troy German #41

**SUBJECT:** Retirement

Please consider this letter as my official notification of my intent to retire from the Oklahoma Highway Patrol effective June 27, 2019.

_____
Captain Troy German #41
Troop D

cc: Major Brent Sugg #15
    OLERS

**EXHIBIT 1**

GERMAN-000000390