IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| TROY D. GERMAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CIV-19-751-F |
| v. | ) | |
| | ) | |
| BILLY D. "RUSTY" RHOADES, individually; | ) ) ) | |
| MICHAEL HARRELL, individually; | ) ) | |
| BRIAN ORR, individually; | ) ) | |
| -and- | ) ) | |
| MEGAN SIMPSON, individually, | ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBIT LISTS

**COMES NOW** Plaintiff Troy D. German and submits the following Objections to the Exhibit Lists filed by Defendants Rhoades, Harrell, Simpson, and Orr [Docs. 56 and 59]:[1]

Objections

| Exhibit No. | Objection | Basis for Objection |
|---|---|---|
| 1 | Reserved until such time as Defendants identify specific documents | |

---

[1] The exhibits identified by Rhoades/Harrell/Simpson [Doc. 56] and Orr [Doc. 57] are identical and therefore German combines his objections in this single filing in order to avoid duplication.

| Exhibit No. | Objection | Basis for Objection |
|---|---|---|
| 2 | Reserved until such time as Defendants identify specific documents | |
| 5 | Authentication; hearsay; character evidence; relevance; cumulative; undue prejudice | FRE 901; FRE 802; FRE 404; FRE 402; FRE 403 |
| 6 | Authentication; hearsay; character evidence; relevance; cumulative; undue prejudice | FRE 901; FRE 802; FRE 404; FRE 402; FRE 403 |
| 7 | Authentication; hearsay; character evidence; relevance; cumulative; undue prejudice; unproduced | FRE 901; FRE 802; FRE 404; FRE 402; FRE 403 |
| 8 | Authentication; hearsay; character evidence; relevance; cumulative; undue prejudice; unproduced | FRE 901; FRE 802; FRE 404; FRE 402; FRE 403 |
| 9 | Authentication; hearsay; character evidence; relevance; cumulative; undue prejudice | FRE 901; FRE 802; FRE 404; FRE 402; FRE 403 |
| 10 | Reserved until such time as Defendants identify specific documents | |
| 11 | Reserved until such time as Defendants identify specific documents | |
| 12 | Reserved until such time as Defendants identify specific documents | |
| 13 | Reserved until such time as Defendants identify specific documents | |

Dated this 9th day of November, 2020.

/s/Barrett T. Bowers
Barrett T. Bowers, OBA#30493
THE BOWERS LAW FIRM
P.O. Box 891628
Oklahoma City, OK 73189
(405) 727-7188 - T
**barrett@bowerslawok.com**

-and-

Ward & Glass, LLP
1601 36th Ave. NW, Ste. 100
Norman, OK 73072
(405) 360-9700 - T
(405) 360-7902 - F
**woody@wardglasslaw.com**
**rstermer@wardglasslaw.com**

## CERTIFICATE OF SERVICE

I certify that on the 9th day of November, 2020, I served a true and correct copy of the above and foregoing on the following counsel of record:

Gentler F. Drummond
Garry M. Gaskins, II
Logan L. James
DRUMMOND LAW, PLLC
1500 South Utica Avenue, Suite 400
Tulsa, Oklahoma 74104-6522
**ATTORNEYS FOR DEFENDANTS**
**RHOADES, HARRELL, AND SIMPSON**

-and-

S. Alex Yaffe
Andrew M. Casey
Foshee and Yaffe
PO Box 890420
Oklahoma City, Oklahoma 73189
**ATTORNEYS FOR DEFENDANT ORR**

/s/Barrett T. Bowers
Barrett T. Bowers