1   of reiterated what he said in the first meeting about how
 2   he just wasn't liked, didn't have any opportunities.
 3             I didn't say much in this meeting.  We were in
 4   a very public setting.  And after Troy come literally
 5   almost across the table at me, I didn't want to get into
 6   any kind of altercation at Charleston's because now it was
 7   getting busy.  They just opened for lunch.
 8             In that meeting again Troy indicated he had --
 9   by his words and his motion that he had subpoenable
10   evidence.  He wanted to keep that between us right now.
11   And he just, because he was disliked, he wanted a chance.
12   He said he wanted a chance to be promoted to major, which
13   was in my mind a conflict because he had said Director of
14   Emergency Management was what he wanted in the first
15   meeting.  Again, so I listened.
16             Troy told me that he wanted me to tell people
17   that he was my guy, to be seen in public with him at
18   different events and let people know that I had chosen him
19   to be close to me.  I found that kind of strange, but
20   again, I just -- I listened.  Let me think through it.
21   That was about what I recall on that meeting.  It was only
22   about 45 minutes.  I didn't even eat.  I was drinking
23   coffee.
24        Q    (By Mr. Bowers) Is it your testimony that,
25   during that meeting, that Troy German asked you to promote

 1   him to major in exchange for not releasing the information
 2   that he called "subpoenable information"?
 3         A    Yes.
 4         Q    Did you record that meeting?
 5         A    No.
 6         Q    When you walked away from that meeting, did you
 7   feel like you had a definite conviction that you were being
 8   blackmailed?
 9         A    Yes.
10         Q    What did you do about it?
11         A    Kept it to myself.
12         Q    Did you make any notes?
13         A    No.
14         Q    After the first meeting, did you make any notes
15   to say here's what happened in this conversation?
16         A    No.
17         Q    So you had the second meeting on September
18   11th.  Have you told me everything you can remember that
19   was said by either you or Mr. German during that meeting?
20         A    As I recall now.  Yes.
21         Q    You had a final meeting with Mr. German in 2018
22   as well.  Correct?
23         A    Correct.
24         Q    Took place at Starbucks?
25         A    Yes.