IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| TROY D. GERMAN, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. CIV-19-751-F |
| BILLY D. "RUSTY" RHOADES, individually; | ) |
| MICHAEL HARRELL, individually; | ) |
| BRIAN ORR, individually; | ) |
| -and- | ) |
| MEGAN SIMPSON, individually, | ) |
| Defendants. | ) |

**PLAINTIFF'S AMENDED FINAL EXHIBIT LIST**

**COMES NOW** Plaintiff Troy D. German and submits the following Amended Final Exhibit List in accordance with the Court's Order granting him leave to amend his final exhibit list:

Exhibit List

| No. | Description | Bates-Stamp |
|---|---|---|
| 1. | Indictment - CF-2019-713 | |
| 2. | Information - CF-2019-967 | |
| 3. | OSCN Docket Sheet for both blackmail cases filed against CPT German | |
| 4. | DPS Notice of Suspension with Pay documents | German 377-389 |
| 5. | CPT Troy German Retirement | German 390 |
| 6. | Troop Z Investigative File (excluding interview summaries) | German 111-376 |

1

| | | |
|---|---|---|
| 7. | Rusty Rhoades, Michael Harrell, and Brian Orr interview summaries and audio recordings of their interviews by Troop Z | |
| 8. | July 2018 Captain Promotional Examination Questions | German 308-316 |
| 9. | Transcript of Brian Orr audio recording | |
| 10. | All audio recordings produced by CPT Troy German, including recordings of Brian Orr and voicemail recordings | |
| 11. | Invoice and Receipts from the Law Office of Michael S. Johnson | German 409 |
| 12. | German W-2s for 2015, 2016, 2017, and 2018 | Confidential German 411-417 |
| 13. | OMES Insurance Confirmation Statement | Confidential German 399-402 |
| 14. | OLERS Statement - 20 Years Credited Service | Confidential German 403-404 |
| 15. | OLERS Statement - 30 Years Credited Service | Confidential German 407-408 |
| 16. | Text message between MAJ Garrett Vowell and Michael Harrell | |
| 17. | Termination paperwork of Megan Simpson | |
| 18. | Job Postings for Troop A and Troop R positions | |
| 19. | DPS Press Release and Comments regarding Grand Jury Indictment | |
| 20. | Oklahoma Highway Patrol Operations Manual General Order Number 02.02.00, Purpose, Primary Function and Philosophy of the Patrol | |
| 21. | Oklahoma Highway Patrol Operations Manual General Order Number 01.19.00, Professional Conduct Expectations and Core Values | |
| 22. | Oklahoma Highway Patrol Operations Manual General Order Number 01.20.00, Rules of Conduct | |
| 23. | Oklahoma Highway Patrol Operations Manual General Order Number 01.24.00, Captain Promotional Process (commissioned members) | |

| | | |
|---|---|---|
| 24. | Brian Orr #52, I-19-10, Supplemental Summary and Findings From Secondary Investigation, Specifically Truthfulness | |
| 25. | May 15, 2018 Memorandum from Major Jack McCoy to Colonel Michael Harrell re: CPT Troy German #41 retention letter | |
| 26. | Oklahoma Law Enforcement Retirement System Invoice for Sick Leave Credit dated March 14, 2019 | |
| 27. | January 20, 1998 Letter from Bob A. Ricks to Troy German | |
| 28. | Performance Management Process 01/01/17-11/14/17 for Troy D. German | |
| 29. | Brian Orr Command Assessment Scores for 3/14/2018 Interview | |
| 30. | Board Members Non-Disclosure Memorandum from CPT J.K. Allread to COL Harrell dated 03.12.18 | |
| 31. | Board Members Non-Disclosure Memorandum from CPT Jason Holt to COL Harrell dated 03.12.18 | |
| 32. | Board Members Non-Disclosure Memorandum from Brian Orr to COL Harrell dated 03.12.18 | |
| 33. | Board Members Non-Disclosure Memorandum from Garrett Vowell to COL Harrell dated 03.12.18 | |
| 34. | Captain-Functional Assessment/Interview Schedule: Promotional Process – Troop R – FRIDAY, July 20, 2018 | |
| 35. | Captain-Functional Assessment/Interview Schedule-Promotional Process – Troop A – Wednesday, July 18, 2018 | |
| 36. | Brian Orr Application for Captain and Brian Orr Email to HR dated Friday, July 6, 2018 | |
| 37. | Personnel Transaction Freeze Exception Request dated May 17, 2017 | |
| 38. | Vacancy Announcement - Troop A – Opened June 28, 2018 | |
| 39. | Vacancy Announcement – Troop R – Opened June 28, 2018 | |

3

| | | |
|---|---|---|
| 40. | State of Oklahoma Certified List for Troop A Promotion | |
| 41. | Email from Shavonne Lafayette to Michael Harrell dated August 13, 2018 | |
| 42. | State of Oklahoma Certified List for Troop R Promotion | |
| 43. | Board Members Non-Disclosure Memorandum from Garrett Vowell to COL Harrell dated 07.17.18, 07.20.17, and 07.23.18 | |
| 44. | Promotional Candidates Non-Disclosure of Oral Interview Information dated 07.18.18, 7.20.18 from Brian Orr to Michael Harrell | |
| 45. | Captain Promotional Interview – July 2018 – Brian Orr Answers | |
| 46. | Score Sheets for All Candidates in Troop A Promotional Interview – July 2018 | |
| 47. | Score Sheets for All Candidates in Troop R Promotional Interview – July 2018 | |
| 48. | Command Assessment Applicant List and Score Sheet & Score Cards for Troop A and Troop R Captain Promotional Processes – July 2018 | |
| 49. | Email from Megan Simpson to Barrett Bowers dated December 23, 2018 (showing BCC to Jason Holt) | |
| 50. | Email from Megan Simpson to Rusty Rhoades and Michael Harrell dated August 16, 2019 | |
| 51. | Email from Megan Simpson to Rusty Rhoades dated June 28, 2019 with attachment Press Release | |
| 52. | Email from Rusty Rhoades to Brian Orr dated March 2, 2018 | |
| 53. | Email from JD Wilson to Majors Group (BCC to Rusty Rhoades and Michael Harrell) dated August 16, 2018 re: Promotions | |
| 54. | Email from Chip Keating to Rusty Rhoades and others dated August 17, 2019 re: Pending Personnel Matters | |
| 55. | Chief's Order # 18-17578 | |

| 56. | Audio Recordings from Brian Orr #52, I-19-10, Supplemental Summary and Findings From Secondary Investigation, Specifically Truthfulness | |
| --- | --- | --- |
| 57. | Documents identified by any defendant and not otherwise objected to by Plaintiff | |
| 58. | Documents produced by any party or any person and not otherwise objected to by Plaintiff | |
| 59. | Documents necessary for rebuttal | |
| 60. | Documents necessary for impeachment | |
| 61. | Documents identified as exhibit at any deposition and not otherwise objected to by Plaintiff | |

Dated this 12th day of January, 2021.

/s/Barrett T. Bowers
Barrett T. Bowers, OBA#30493
THE BOWERS LAW FIRM
P.O. Box 891628
Oklahoma City, OK 73189
(405) 727-7188 - T
barrett@bowerslawok.com

-and-

Ward & Glass, LLP
1601 36th Ave. NW, Ste. 100
Norman, OK 73072
(405) 360-9700 - T
(405) 360-7902 - F
**woody@wardglasslaw.com**
**rstermer@wardglasslaw.com**

## CERTIFICATE OF SERVICE

I certify that on the 12th day of January, 2021, I served a true and correct copy of the above and foregoing on the following counsel of record:

Gentler F. Drummond
Garry M. Gaskins, II

Logan L. James
DRUMMOND LAW, PLLC
1500 South Utica Avenue, Suite 400
Tulsa, Oklahoma 74104-6522
**ATTORNEYS FOR DEFENDANTS**
**RHOADES, HARRELL, AND SIMPSON**

-and-

S. Alex Yaffe
Andrew M. Casey
Foshee and Yaffe
PO Box 890420
Oklahoma City, Oklahoma 73189
**ATTORNEYS FOR DEFENDANT ORR**

/s/Barrett T. Bowers
Barrett T. Bowers