```
                                                           1

 1               IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF OKLAHOMA

 3   TROY D. GERMAN                  )
                                     )
 4        Plaintiff,                 )
                                     )
 5   -vs-                            ) No.  CIV-19-751-F
                                     )
 6   BILLY D. "RUSTY" RHOADES,       )
     individually; MICHAEL HARRELL,  )
 7   individually; BRIAN ORR,        )
     individually; and MEGAN SIMPSON,)
 8   individually,                   )
                                     )
 9        Defendants.                )
     _____)
10

11

12

13         DEPOSITION OF BILLY DON "RUSTY" RHOADES, III

14
                  TAKEN ON BEHALF OF THE PLAINTIFF
15

16                  IN OKLAHOMA CITY, OKLAHOMA

17
                     ON SEPTEMBER 17, 2020
18

19                   COMMENCING AT 9:38 A.M.

20

21

22                     INSTASCRIPT, LLC.
                     125 PARK AVENUE, LL
23              OKLAHOMA CITY, OKLAHOMA  73102
                       (405) 605-6880
24                   www.instascript.net

25    REPORTED BY:  LORI JOHNSTON HARSTAD, CSR, RPR, RSA
```

schedule@instascript.net
(405) 605-6880 instaScript



EXHIBIT 1

```
 1       Q    That's pretty specific, isn't it?
 2            MR. GASKINS:  Object to the form.
 3            THE WITNESS:  Are you saying -- trying to say
 4   it's the same thing?
 5       Q    (By Mr. Bowers) Yes, sir.
 6       A    Yeah.
 7       Q    Yeah.
 8            So as you sit here today, do you deny that
 9   Chief Harrell and Brian Orr cheated on that promotional
10   exam?
11            MR. GASKINS:  Object to form.
12            MR. YAFFE:  Same objection.
13            THE WITNESS:  Yes.
14       Q    (By Mr. Bowers) Sir, how can you deny that when
15   you just looked at the transcript of Brian Orr providing
16   the -- getting the same four questions, almost exactly,
17   that were on the test from the Chief of the Patrol?
18            MR. GASKINS:  Object to form.
19            MR. YAFFE:  Same.
20            THE WITNESS:  Because there was no cheating.
21       Q    (By Mr. Bowers) So here's what I don't
22   understand, sir.  Chief Harrell knew the questions.  You
23   have told me that.  Right?
24       A    Yes.
25       Q    Chief Harrell told Brian Orr what areas to
```

```
 1   study?
 2        A     Yes.
 3        Q     The areas that Chief Harrell told Brian Orr to
 4   study were the exact four areas that he was then asked
 5   about on the exam that same day.  Right?
 6              MR. GASKINS:  Object to form.
 7              THE WITNESS:  Yes.  I don't know what day, but
 8   if you say the same day.
 9        Q     (By Mr. Bowers) Whenever the exam was, the very
10   questions that Chief Harrell provided to Lieutenant Orr
11   were on the exam?
12              MR. YAFFE:  Object to the form.
13              MR. GASKINS:  The same.
14              THE WITNESS:  The Chief told him areas to
15   study.
16        Q     (By Mr. Bowers) The specific areas that were on
17   the exam?
18        A     Is that a question or a statement?
19        Q     Yes, sir.  It's a question.
20        A     Yeah.
21              MR. YAFFE:  Object to the form.
22              MR. GASKINS:  Yeah.  Same.
23        Q     (By Mr. Bowers) How is that not cheating?
24        A     There were no answers to the questions
25   involved.  Throughout my entire career, when I was a young
```

Rusty Rhoades (Lunch $91.27)
9/17/2020                                                                 Page: 33

1   trooper looking into being promoted, the Director of
2   Training in the Training Center would actually put on
3   classes and give guidance to the prospective candidates
4   prior to any testing on what to study, what to look into,
5   how to present things.  Throughout the years, it's simply
6   been a process of mentoring people.
7           I have had people ask me, you know, "how do you
8   study, what do you study."  Those things, those questions
9   are basic.  You would expect to see them on pretty much any
10  promotional board questionnaire.  They're not unique.  I
11  have seen those throughout my testing processes.  So it's
12  not unusual for people to study together.  It's not unusual
13  for others to just give guidance on areas to study.
14       Q   Is it unusual for someone who knows what the
15  questions on the promotional exam will be to reveal the
16  specific questions to a candidate?
17          MR. GASKINS:  Object to form.
18          MR. YAFFE:  Same.
19          THE WITNESS:  In the context, it could or
20  couldn't be.
21       Q   (By Mr. Bowers) You mentioned the Director of
22  Training putting on presentations.
23       A   Uh-huh.
24       Q   Did the Director of Training who put on these
25  presentations that you participated in sit as a member on

Rusty Rhoades (Lunch $91.27)
9/17/2020                                                                Page: 42

```
 1   to what I would say.
 2        Q    (By Mr. Bowers) Why would you deny it, sir?
 3        A    Because he gave -- he told him areas to study.
 4   That's my statement.
 5        Q    And the four -- and he told him areas to study,
 6   and all of those areas of study were on the test?
 7        A    Yes.
 8        Q    The only areas of study he told him to look at
 9   were on the test?
10        A    Yes.
11        Q    He didn't give him some other areas that
12   weren't tested?
13        A    No.
14        Q    He knew what the questions were?
15        A    Yes.
16        Q    You have talked about this cheating with many
17   people since July of 2018.  Is that fair?
18        A    What constitutes "many"?  I -- I have to back
19   up.  I don't understand what you're asking me about
20   cheating, talking about it.
21        Q    The subject.  I am not saying you need to admit
22   that anybody cheated.  I am just saying you have had
23   conversations with many people over the course of time
24   about this conversation between Harrell and Orr?
25        A    Not "many."
```

Rusty Rhoades (Lunch $91.27)
9/17/2020
Page: 43

```
 1        Q    You have talked to Megan Simpson about it?
 2             MR. GASKINS:  I am going to object on
 3   attorney-client privilege of any conversations that he had
 4   with Megan Simpson when they were both still employed by
 5   the State.
 6             MR. BOWERS:  Well, let's start by the fact that
 7   you agree with me -- right? -- that the fact that a
 8   conversation occurred isn't privileged?
 9             MR. GASKINS:  Right.
10             MR. BOWERS:  So that's my first question.
11        Q    (By Mr. Bowers) Did you ever have a discussion
12   with Megan Simpson about Chief Orr and Brian -- Chief
13   Harrell and Brian Orr's conversation in the Tahoe?
14        A    Yes.
15        Q    Did you discuss that conversation with Chief
16   Harrell?
17             MR. YAFFE:  Object to the form.
18             MR. GASKINS:  Same.
19             MR. YAFFE:  I don't know what conversation
20   you're talking about.
21             THE WITNESS:  At some point, I am sure.
22        Q    (By Mr. Bowers) Did you discuss that
23   conversation with Brian Orr?
24             MR. YAFFE:  Same objection.
25             THE WITNESS:  Again, at some point.  Yes.
```