**Rusty Rhoades**

From: Troy German
Sent: Wednesday, September 12, 2018 10:35 PM
To: Rusty Rhoades
Subject: resume
Attachments: promotional resume.docx

*[handwritten: 1 DAY AFTER CHARLESTON'S MEETING]*

Commissioner,

Attached is my resume' you asked for to assist in a letter-of-reference. This resume' is the one I used for the last promotional process. I updated it. This will not be the format for the one I use later this year, I have sent it to be professionally formatted. The position I am seeking is the Director of Oklahoma Emergency Management.

I appreciate the assistance.

Troy

EXHIBIT 2

RHS Defendants 000020