IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TROY D. GERMAN, | ) |
| Plaintiff, | ) ) ) Case No. CIV-19-751-F |
| v. | ) |
| BILLY D. "RUSTY" RHOADES, individually; | ) ) |
| MICHAEL HARRELL, individually; | ) |
| BRIAN ORR, individually; | ) |
| -and- | ) |
| MEGAN SIMPSON, individually, | ) |
| Defendants. | ) |

## JOINT STATUS UPDATE

**COME NOW** Plaintiff Troy D. German and Defendants Billy D. "Rusty" Rhoades, Michael Harrell, Brian Orr, and Megan Simpson and submit the following Joint Status Update:

1. The parties conferred through counsel on Monday, March 29, 2021 and Thursday, April 1. Based on the Court's current options for the trial setting in this matter, the parties jointly agree that this case should be set on the Court's December 2021 trial docket.

Dated this 1st day of April, 2021.

/s/Barrett T. Bowers
Barrett T. Bowers, OBA#30493
The Bowers Law Firm

1

        P.O. Box 891628
        Oklahoma City, OK 73189
        (405) 727-7188 - T
        **barrett@bowerslawok.com**

        -and-

        Ward & Glass, LLP
        1601 36th Ave. NW, Ste. 100
        Norman, OK 73072
        (405) 360-9700 - T
        (405) 360-7902 - F
        **woody@wardglasslaw.com**
        **rstermer@wardglasslaw.com**

        s/Garry M. Gaskins, II
        Gentner F. Drummond, OBA #16645
        Gentner.Drummond@drummond.law
        Garry M. Gaskins, II, OBA #20212
        Garry.Gaskins@drummond.law
        Logan L. James, OBA #32430
        Logan.James@drummond.law
        DRUMMOND LAW, PLLC
        1500 South Utica Avenue, Suite 400
        Tulsa, Oklahoma 74104-6522
        Telephone: (918) 749-7378
        Facsimile: (918)749-7869
        *Attorneys for Defendants, Billy D.*
        *"Rusty" Rhoades, Michael Harrell, and*
        *Megan L. Simpson*


        **FOSHEE & YAFFE**


        *s/Andrew M. Casey*
        ANDREW M. CASEY, OBA # 32371
        P.O. Box 890420
        Oklahoma City, OK 73189
        (405) 632-6668—Office
        andrewc@fylaw.com
        **Attorney for Defendant Brian Orr**