## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TROY D. GERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CIV-19-751-F |
| v. | ) | |
| | ) | |
| BILLY D. "RUSTY" RHOADES, individually; | ) ) | |
| | ) | |
| MICHAEL HARRELL, individually; | ) | |
| | ) | |
| BRIAN ORR, individually; | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| MEGAN SIMPSON, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF WITHDRAWAL OF MOTION TO COMPEL</u>

**COMES NOW** Plaintiff Troy D. German and withdraws his pending Motion to Compel and Motion to Conduct Second Deposition of Rhoades [Doc. 108]. Upon review of Defendant Rhoades' Response brief, and in light of the upcoming depositions of Michael Harrell and Megan Simpson, German believes that this issue can be presented with more specificity at a later time, if it is necessary. Accordingly, German respectfully withdraws the Motion at this time.

Dated this <u>7th</u> day of April, 2021.

/s/Barrett T. Bowers
Barrett T. Bowers, OBA#30493
The Bowers Law Firm
P.O. Box 891628
Oklahoma City, OK 73189

(405) 727-7188 - T
**barrett@bowerslawok.com**

-and-

Ward & Glass, LLP
1601 36th Ave. NW, Ste. 100
Norman, OK 73072
(405) 360-9700 - T
(405) 360-7902 - F
**woody@wardglasslaw.com**
**rstermer@wardglasslaw.com**

## CERTIFICATE OF SERVICE

I certify that on the 7th day of April, 2021, I served a true and correct copy of the above and foregoing on the following counsel of record:

Gentler F. Drummond
Garry M. Gaskins, II
Logan L. James
DRUMMOND LAW, PLLC
1500 South Utica Avenue, Suite 400
Tulsa, Oklahoma 74104-6522
**ATTORNEYS FOR DEFENDANTS**
**RHOADES, HARRELL, AND SIMPSON**

-and-

S. Alex Yaffe
Andrew M. Casey
Foshee and Yaffe
PO Box 890420
Oklahoma City, Oklahoma 73189
**ATTORNEYS FOR DEFENDANT ORR**

/s/Barrett T. Bowers

Barrett T. Bowers