IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   April 8, 2021

| | |
|---|---|
| TROY D. GERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-19-751-F |
| ) | |
| BILLY D. "RUSTY" RHOADES, individually, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ENTER ORDER:

In light of the filing of plaintiff's Notice of Withdrawal of Motion to Compel (doc. no. 114), the court **STRIKES AS MOOT** Plaintiff's Motion to Compel on the Issue of Attorney-Client Privilege and Motion for Leave to Conduct Second Deposition of Defendant Rhoades (doc. no. 108).

By direction of Judge Stephen P. Friot, we have entered the above enter order.

                                                  Carmelita Reeder Shinn, Clerk

                                          By:_____s/ Lori Gray_____
                                                           Deputy Clerk

cc:   all parties

19-0751p022.docx