*1042941140*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR 0 6 2019

RICK WARREN
COURT CLERK

24_____

CF - 2019 - 0967

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)　Case No. CF-2019-____
　　　　　　　　　　　　　　　　　　)
TROY D. GERMAN,　　　　　　　　　　)
DOB: 03/1971　　　　　　　　　　　 )
SSN: XXX-XX-0371　　　　　　　　　 )
　　　　　　Defendant.　　　　　　　)

## INFORMATION

In the name and by the authority of the State of Oklahoma comes now MIKE HUNTER, duly appointed Attorney General for the State of Oklahoma, in and for the State and County aforesaid, gives the court to know and be informed as follows:

### COUNT 1

On or about or between the 21st day of August, 2018, and the 28th day of September, 2018, the crime of **BLACKMAIL** was feloniously committed in Oklahoma County, Oklahoma, by **TROY D. German,** who used verbal, written or printed communication with the intent to extort or gain anything of value, specifically promotions or aiding in appointments for himself or others within the Oklahoma Highway Patrol, or to compel Rusty Rhoades to do such acts against his will. In Furtherance of the offense, **TROY GERMAN** committed one of the following: accusing Rusty Rhoades of a crime or conduct which would tend to degrade and disgrace the person accused, Rusty Rhoades; or exposing or threatening to expose any fact, report, or information concerning Rusty Rhoades which would in any way subject Rusty Rhoades to ridicule or contempt of society. The foregoing are contrary to the provisions of Section 1488 of Title 21 of the Oklahoma Statutes and against the peace and dignity of the State of Oklahoma.

MIKE HUNTER
OKLAHOMA ATTORNEY GENERAL

By: _____
K. Dane Towery, OBA# 31247
Assistant Attorney General

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT

JUN 1 6 2020

RICK WARREN COURT CLERK
Oklahoma County

EXHIBIT 3

GERMAN 3

313 NE 21st Street
Oklahoma City, OK 73105

STATE OF OKLAHOMA          )
                           )  ss.
COUNTY OF OKLAHOMA         )

   I do solemnly swear that the statements and allegations set forth in the within information are true and correct to the best of my information and belief.

K. Dane Towery
Assistant Attorney General

Signed and sworn to before me on the 6th day of ~~February~~ March, 2019, by Kyle Peppler.

Notary Public

My Commission expires: June 8, 2019

**Penalties:**

21 O.S. § 1488 – Punishable by imprisonment for not more than five (5) years, by a fine of not more than Ten Thousand Dollars ($10,000.00), or by both such fine and imprisonment.

### WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

Tim Tipton, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Brian Orr, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Rusty Rhoades, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Megan Simpson, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Jack McCoy, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Brent Sugg, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Jason Holt, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Tom Helm, 313 NE. 21st St., Oklahoma City, OK 73105
Gary Boggess, Newcastle PD, 860 North Carr, Newcastle, OK 73065
Eddie Bohanan, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Gerald Davidson, DPS, 3600 North Martin Luther King Avenue, Oklahoma City, OK 73111
Ray Driskell, Tulsa Fire Department, 1760 Newblock Park Drive, Tulsa Oklahoma 74127

Kim Evans, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Mike Fike, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Michael Harrell, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Ashley Kehl, 2300 North Lincoln Boulevard, Oklahoma City, OK 73105
Tanara Lang, 9612 Forest Cove Circle, Midwest City, Oklahoma 73130
Russell Maples, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Mike McClelland, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Ron Shatsar, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Mike Smith, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Garrett Vowell, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Joe Williams, OHP, P.O. Box 11415, Oklahoma City, OK 73136
JD Wilson, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Jim Parish, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Johnny Fairres, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Steve Chandler, OUPD, 2775 South Monitor Avenue, Norman, OK 73072
Darren Gordon, Oklahoma County DA, 320 Robert S. Kerr Ave., Oklahoma City, OK 73102
Eddie Weilert, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Michael Wallace, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Matt Sullivan, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Stephen Spencer, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Traye Ross, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Anthony Meter, HSI, 300 North Denver Avenue, Tulsa, OK 74103
Destry Richardson, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Bobby Raines, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Scott Miller, OHP, P.O. Box 11415, Oklahoma City, OK 73136
David Medlin, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Aaron McKey, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Kevin Logan, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Anthony Linares, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Trista Wynn-Gregory, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Matt Gottschalk, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Cliff Kinsler, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Robert Francis, OHP, P.O. Box 11415, Oklahoma City, OK 73136
Michael Orr, OHP, P.O. Box 11415, Oklahoma City, OK 73136

MIKE HUNTER
OKLAHOMA ATTORNEY GENERAL

By: _____
Dane Towery
Assistant Attorney General

GERMAN 5