IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   September 20, 2021

| | |
|---|---|
| TROY D. GERMAN, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>BILLY D. "RUSTY" RHOADES, individually, )<br>et al., )<br>)<br>Defendants. ) | Case No. CIV-19-751-F |

ENTER ORDER:

Before the court is a motion to compel, filed by three of the defendants on August 27, 2021, doc. no. 131.  The record shows that the motion was served on counsel for the witness, Timothy Elliott Tipton.  No response to the motion has been filed.  The court has carefully reviewed the motion.  The motion seeks testimony that is facially relevant, at least in the discovery sense.  There does not appear to be a statutory provision precluding the discovery sought by the motion.   The court has not been provided a copy of any order which might be relevant.

The motion is **GRANTED** in all respects, on the merits and for lack of a response. Timothy Elliott Tipton is **ORDERED** to appear for a second deposition within 21 days from this date.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:_____s/ Lori Gray_____
Deputy Clerk

cc:   all parties

19-0751p027.docx