1

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

(1) TROY D. GERMAN,                     )
                                        )
        Plaintiff,                      )
                                        )
-vs-                                    ) Case No.
                                        ) CIV-19-751-F
(1) BILLY D. "RUSTY" RHOADES,           )
individually;                           )
(2) MICHAEL HARRELL, individually;      )
(3) BRIAN ORR, individually;            )
and                                     )
(4) MEGAN SIMPSON, individually,        )
                                        )
        Defendants.                     )


VIDEOTAPED DEPOSITION OF TROY GERMAN

TAKEN ON BEHALF OF THE DEFENDANTS

IN NORMAN, OKLAHOMA

ON APRIL 14, 2021


REPORTED BY:  SUSAN NARVAEZ, CSR
CITY REPORTERS
105 N. HUDSON AVENUE, SUITE 950
OKLAHOMA CITY, OK 73102
(405)235-3376
okcityreporters.com

EXHIBIT 4

Troy German
April 14, 2021

232

1    Q.    Okay.
2    A.    And then he used the Grand Jury through
3  the attorney general.
4    Q.    Did Mr. Rhoades personally file anything
5  with the court?
6    A.    Yes.
7    Q.    What did he file with the court?
8    A.    Define "with the court."
9    Q.    Did he submit any documentation to a
10 court?
11   A.    Would an affidavit, the statement, be that
12 kind of --
13   Q.    I'm asking, what did he --
14   A.    I do not know.
15   Q.    You don't not know what he submitted to
16 any court?
17   A.    No.
18   Q.    Do you know if he signed any paperwork in
19 any court proceeding?
20   A.    No.
21   Q.    You don't know that?
22   A.    No.
23   Q.    I'm just going to ask that -- we're doing
24 a fairly good job, but if you would just wait until
25 I finish my question before you respond.  That way

City Reporters
(405)235-3376