IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TROY D. GERMAN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| ) | |
| -vs- ) | Case No. CIV-19-751-F |
| ) | |
| ) | |
| BILLY D. "RUSTY" RHOADES, ) | |
| individually; MICHAEL ) | |
| HARRELL, individually; ) | |
| BRIAN ORR, individually; ) | |
| and MEGAN SIMPSON, ) | |
| Individually, ) | |
| ) | |
|     Defendants. ) | |

TRANSCRIPT OF AUDIO RECORDING OF

AN INTERVIEW WITH TROY GERMAN

TITLED "801_0168 GERMAN Z"

TRANSCRIBED ON JUNE 22, 2020

TRANSCRIBED BY KATE SCIPIONE, CSR, RPR

EXHIBIT 5

Page 27

1    A.   No.  The patrol as a whole, yes.  Change the
2  promotional process, assessment center, to have the
3  chief step down.
4    Q.   Okay.  So nothing -- but nothing that would
5  help any individual -- whether that be you, Brian,
6  anybody at all -- through the department?
7    A.   No.  I told him that his command staff was
8  tainted and that he needed to promote legit -- of
9  course, I was -- I'm ineligible -- but he needed to
10  promote legitimate leaders and not cheat, not -- not
11  your buddies.  It has to be assessment center and all
12  that.  But, no, not for me, not for Brian.  Oh, my
13  gosh, not for Brian.  Not for anybody.
14    Q.   Okay.  Did you -- did you ever give any
15  pieces of paper or any demands at all regarding
16  promoting you to major?
17    A.   No.  All I said was that the majors had to
18  be -- they were on this deal.  I told him, I said,
19  "These things have got to happen.  These are the
20  deadlines have got to happen," and that's when I slid
21  the piece of paper that had all the people that I was
22  going to contact on it, and I point blank told him
23  that he's going to have to make sure that the ones
24  that promoted -- that he's going to have to make --
25  the command staff was going to have to be a

```
                                                            Page 28
 1    legitimate command staff, and he needed to promote
 2    majors to command staff.
 3         Q.   Okay.  You said "demands."  What -- what do
 4    you mean by demand?  Time frames?  Tell me -- tell me
 5    what you meant when you said slid across demands,
 6    time lines.  What -- what's -- what's that?
 7         A.   That -- well, before the -- before the
 8    governor took over.  In other words, I will -- if he
 9    takes care of this and changes this that I would go
10    on down the road, and it doesn't get aired out.
11         Q.   And so -- okay.  So tell me -- okay.  So you
12    say before the governor got elected.  Before Stitt --
13    or at that point I guess you didn't know.
14         A.   It was either Edmondson or Stitt.  That's
15    correct.
16         Q.   So the time line revolved around the
17    election.
18         A.   That's correct.
19         Q.   Okay.  Revolved around the election.  And
20    what -- so other than the names, what else -- what
21    else had revolved -- what else had to happen before
22    governors changed?
23         A.   Promotional process changed.  Legitimate
24    promotions, the legitimate promotions to major.
25    Legitimate promotions to lieutenant colonels.
```

Page 29

1  Legitimate promotions all the way around.  Captains,
2  lieutenants, whatever.
3       MR. PARISH:  Just to clarify, when you say
4  legitimate promotions to major, for example --
5       MR. GERMAN:  Tim Tipton.  Are you talking
6  about names?
7       MR. PARISH:  Well, yeah.  Sure.
8       MR. GERMAN:  Yeah.  The names of them --
9  these are my -- I didn't tell Rhoades -- I didn't
10 tell the commissioner this, but we're talking about
11 people who have earned it, what I -- and, again, this
12 is subjective.
13      MR. PARISH:  Sure, sure.  Tip Tipton.  Who
14 else?
15      MR. GERMAN:  Ronnie Hampton.  He's been on
16 the list before that I know of.  Alan Henry has been
17 the list before.  David -- Jason Holt's been on the
18 list before that have served their time and all that.
19      MR. PARISH:  So would your request or your
20 requirement or your demand or what you wanted to see
21 different, would it have been to eliminate the majors
22 that are there and --
23      MR. GERMAN:  No.
24      MR. PARISH:  -- replace them?  Just add to.
25      MR. GERMAN:  Add to.  They're going to be --

```
                                                          Page 30
 1   there's going to be attrition.
 2           MR. PARISH:  Okay.  All right.
 3       Q.  (By Mr. Holt) You know, so was it by -- I
 4   mean, were they just random dates?  Was it the
 5   election date?  What...
 6       A.  I -- I think I gave him dates because of the
 7   election.  It was all hinged around the election.
 8   Maybe even the -- yeah, I guarantee you it would
 9   all -- it would all have hinged around the election.
10       Q.  Okay.
11       A.  Because that would have made the difference
12   to me on when I was going to go and who I was going
13   to go to.
14       Q.  And so if he didn't have those things
15   changed or at least --
16       A.  Effect positive change was always what I
17   said.  Effect positive change.
18       Q.  -- by then, then you said you were going to
19   go --
20       A.  Further up.  Whatever --
21       Q.  Further up.
22       A.  -- it needed to take.  Senate, House, media,
23   whatever it took.
24           MR. PARISH:  You told me that, Senate,
25   House, media.  So he was -- he knew where you were
```