IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   November 3, 2021

| | |
|---|---|
| TROY D. GERMAN,                   )<br>                                                    )<br>            Plaintiff,               )<br>                                                    )<br>-vs-                                            )<br>                                                    )<br>BILLY D. "RUSTY" RHOADES, individually,  )<br>et al.,                                         )<br>                                                    )<br>            Defendants.         ) | Case No. CIV-19-751-F |

ENTER ORDER:

Any response to Defendant Brian Orr's motion to join (doc. no. 140) is **DUE** within three business days of the date of this order.  No reply brief is permitted at this time.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

                                        Carmelita Reeder Shinn, Clerk


                                        By:_____s/ Lori Gray_____
                                                    Deputy Clerk

cc:    all parties

19-0751p030.docx