**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
200 N.W. 4TH STREET, OKLAHOMA CITY, OKLAHOMA 73102
COURTROOM NO. 401 – FOURTH FLOOR**

**CIVIL JURY TRIAL DOCKET BEFORE JUDGE STEPHEN P. FRIOT**

**TUESDAY, JANUARY 11, 2022 - 9:30 A.M.**

NOTICE TO ALL COUNSEL:

You are directed by Judge Friot to appear before the Court on **January 5, 2022, at 10:30 a.m.**, for docket call.  All requested voir dire, requested jury instructions, proposed verdict forms, motions in limine, proposed findings of fact and conclusions of law, final pretrial report, and trial briefs shall be filed by **December 21, 2021**.  (In addition to filing, the parties shall submit their requested jury instructions, proposed verdict forms, and/or proposed findings of fact and conclusions of law in Word format to the Clerk via the Court's designated mailbox:  friot-orders@okwd.uscourts.gov. An index to requested jury instructions, by title, would also be helpful but is not required.)  All proposed jury instructions shall include citations to the legal authority which supports them. Objections/responses to pretrial filings shall be filed not later than **January 4, 2022**.

> Trial counsel shall re-familiarize themselves with Judge Friot's trial procedures by reviewing parts F - I of Judge Friot's Chambers Procedures at http://www.okwd.uscourts.gov/files/jfriotrules.pdf. Please pay particular attention to the procedures with respect to the final pretrial report, deposition testimony (and objections thereto), and preparation of exhibit notebooks.

> Judge Friot's courtroom has complete digital presentation capability.  Counsel are strongly encouraged to take full advantage of this capability – it will make your presentation of your evidence more effective and will reduce the amount of time spent handling exhibits.   Court staff will be happy to familiarize you with the capabilities of this courtroom.

**Three** copies of the parties' typewritten lists of witnesses and exhibits are to be given to Judge Friot's courtroom deputy **before jury selection**.   The Court expects that counsel will use judgment in paring down witness and exhibit lists for trial purposes and that, in the Pretrial Report, counsel will not lodge indiscriminate objections to exhibits.   Pretrial Reports which do not meet this expectation may be rejected.  If it appears that objections to exhibits have been lodged indiscriminately, the Court may strike the objections in toto.

**Exhibits** are to be marked numerically, **including the case number**, and are to be placed in three-ring binders separated by tabs.  Two copies of the exhibit notebook will be provided to the Court on the first day of trial.  One of those two sets will be for Judge Friot, and the other will be placed on the witness stand for reference by witnesses.  The set placed on the witness stand will be the record copy of the exhibits, with the original exhibit sticker affixed.  (Any exhibits not admitted will be removed by the courtroom deputy before the record copy goes to the jury room.)  In no event will a document which has been admitted into evidence be offered or referred to by an exhibit number other than the exhibit number by which the document was originally received in evidence.

If any party anticipates offering numerous documents into evidence at trial (say, more than 100), the Court would welcome a thumb drive with a PDF file for each exhibit.

Except as may be specifically authorized by the Court, lead counsel at trial will be the counsel who sign in at the settlement conference (if any) as lead counsel.   Any last-minute issues in the case will be discussed at docket call.

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the Court Security Officer.
_____

| | | |
|---|---|---|
| CIV-19-751-F | Troy D. German | Barrett T. Bowers |
| | | Stanley M. Ward |
| | -vs- | Woodrow K. Glass |
| | | |
| | Billy D. "Rusty" Rhoades, individually; Michael Harrell, individually; Brian Orr, individually; and Megan Simpson, individually | Garry M. Gaskins, II Gentner F. Drummond Logan L. James Andrew M. Casey S. Alex Yaffe |

2