# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TROY D. GERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-19-751-F |
| | ) |
| BILLY D. "RUSTY" RHOADES, individually; | ) |
| MICHAEL HARRELL, individually; | ) |
| BRIAN ORR, individually; and | ) |
| MEGAN SIMPSON, individually, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Logan L. James of Drummond Law, PLLC hereby moves to withdraw as counsel for Billy D. "Rusty" Rhoades, Michael Harrell, and Megan L. Simpson in this matter. The withdrawal is not sought for delay. Billy D. "Rusty" Rhoades, Michael Harrell, and Megan L. Simpson have been notified of movant's withdrawal and will continue to be represented by Garry M. Gaskins, II of Drummond Law, PLLC. This motion constitutes reasonable notice to all counsel under the circumstances. Accordingly, Logan L. James respectfully requests the Court approve his withdrawal as counsel of record for Billy D. "Rusty" Rhoades, Michael Harrell, and Megan L. Simpson in this matter.

Respectfully submitted,

*/s/Logan L. James*
Logan L. James, OBA #32430
Drummond Law, PLLC
1500 South Utica, Suite 400
Tulsa, OK  74104-6522
(918) 749-7378

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 10, 2021, I electronically transmitted the foregoing to the Clerk of Court using the ECF System and transmittal of a Notice of Electronic Filing to all persons who have entered their appearance as ECF registrants in this case.

               s/Logan L. James
               **Logan L. James**