1            MR. GASKINS:  Object to the form.

 2            MR. CASEY:  Object to the form.

 3            THE WITNESS:  I don't know.

 4       Q    (BY MR. GASKINS) Do you believe that his

 5   allegations of cheating on the promotional examination

 6   in the highway patrol touch on a matter of public

 7   concern or public interest?

 8       A    No.

 9       Q    At some point in early 2019, did the AG's

10   office contact DPS and ask it not to proceed further

11   with any administrative actions involving the

12   blackmail allegation?

13       A    That's my understanding.

14       Q    How did you gain that understanding?

15       A    Jason Holt called me and said -- I believe

16   that Tom Helm, who's the investigator to whom the

17   matter was assigned, for ultimately the grand jury,

18   called him.  And I'm assuming that.  He didn't tell me

19   that.

20            He just called me and said, the AG's office

21   has asked me to request the department to halt

22   administrative actions related to this matter until

23   the criminal matter is concluded.

24            And we did have a fairly lengthy

25   conversation about that.  Because I said, Jason, that