1    involved in the granular level of each specific

2    case, more a broad overview of the -- the --

3      Q.    You have never been a part of some vast

4    conspiracy between lawmakers and agency heads,

5    especially at DPS or the highway patrol, of a

6    conspiracy to maintain the status quo of a

7    broken --

8              (Phone ringing.)

9              THE WITNESS:  Sorry.

10     Q.    (By Mr. Yaffe)  -- of a broken

11   promotional process?

12     A.    I was distracted by the phone call.  If

13   you could repeat the question.  I'll put this

14   on --

15             MR. YAFFE:  I wish I could, but I'm

16   going to have her repeat it.

17             THE WITNESS:  I have never been a part

18   of a vast conspiracy, so I can say yes there, but

19   I want to hear --

20             THE REPORTER:  "You have never been a

21   part of some vast conspiracy between lawmakers

22   and agency heads, especially at DPS or the

23   highway patrol, of a conspiracy to maintain the

24   status quo of a broken of a broken promotional

25   process?"