## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TROY D. GERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-19-0751-F |
| | ) | |
| BILLY D. "RUSTY" RHOADES, | ) | |
| individually, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Troy D. German moves for leave to file amended witness and exhibit lists.  Doc. no. 135.   Defendants Rhoades, Harrell and Simpson (defendants, for purposes of this order) have responded, objecting to the motion in part.  Doc. no. 144.  Plaintiff filed a reply brief.  Doc. no. 148.

Defendants object to plaintiff's proposed amended exhibit list only insofar as plaintiff seeks to add exhibit nos. 99 and 100, which are jury verdicts and judgments from two cases involving lawsuits arising out of state agency promotions.

Defendants object to plaintiff's proposed amended witness list only insofar as plaintiff seeks to add new witnesses Terri German and Thomas Trent Pettigrew.

After careful review, the motion is **GRANTED IN PART** and **DENIED IN PART**.  The motion is **GRANTED** to the extent that its requests are unopposed.  As to the objected to items and names, the motion makes no showing of good cause. The motion also comes very late in the game, as this case is set for trial on the court's January 11, 2022, trial docket, which begins less than two months from now.  For

these reasons, the motion is **DENIED** with respect to the objected to items and names.

Plaintiff is **DIRECTED** to promptly file amended exhibit and witness lists which conform to the rulings stated in this order.

IT IS SO ORDERED this 16th day of November, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0751p033.docx

2