# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| TROY D. GERMAN, | ) |
| :--- | :--- |
| Plaintiff, | ) |
| | ) Case No. CIV-19-751-F |
| v. | ) |
| BILLY D. "RUSTY" RHOADES, individually; | ) |
| MICHAEL HARRELL, individually; | ) |
| BRIAN ORR, individually; | ) |
| -and- | ) |
| MEGAN SIMPSON, individually, | ) |
| Defendants. | ) |

## PLAINTIFF'S SECOND AMENDED FINAL EXHIBIT LIST

**COMES NOW** Plaintiff Troy D. German and submits the following Second Amended Final Exhibit List in accordance with the Court's Order granting him leave to amend his final exhibit list:

Exhibit List

| No. | Description | Bates-stamp |
| :--- | :--- | :--- |
| 1. | Letter to Troy D. German from Bob A. Ricks dated January 20, 1998 | |
| 2. | State of Oklahoma Office of Personnel Management Request for Personnel Action signed on June 8, 1998 | |
| 3. | State of Oklahoma Office of Personnel Management Request for Personnel Action signed on February 8, 1999 | |

1

| | | |
|---|---|---|
| 4. | State of Oklahoma Office of Personnel Management Request for Personnel Action dated September 10, 2013 | |
| 5. | State of Oklahoma Performance Management Process for calendar year 2015 – Employee Troy German | |
| 6. | State of Oklahoma Performance Management Process for calendar year 2016 – Employee Troy German | |
| 7. | State of Oklahoma Office of Personnel Management Personnel Action dated March 15, 2017 | |
| 8. | State of Oklahoma Performance Management Process for calendar year 2017 – Employee Troy German | |
| 9. | Memorandum dated May 15, 2018 from Major Jack McCoy to Colonel Michael Harrell with the Subject CPT Troy German #41 retention letter | |
| 10. | General Order 01.19.00, Professional Conduct Expectations and Core Values | |
| 11. | General Order 01.20.00, Rules of Conduct | |
| 12. | General Order 02.02.00, Purpose, Primary Function and Philosophy of the Patrol | |
| 13. | Captain Promotional Process revised June 15, 2014 | |
| 14. | Captain Promotional Process revised January 1, 2015 | |
| 15. | Captain Promotional Process revised January 8, 2015 | |
| 16. | Captain Promotional Process revised June 25, 2015 | |
| 17. | Captain Promotional Process revised December 1, 2017 | |
| 18. | Captain Promotional Process revised May 7, 2019 | |
| 19. | Captain Promotional Process revised March 02, 2020 | |
| 20. | Captain Promotional Process revised March 20, 2020 | |
| 21. | Email from Rusty Rhoades to Brian Orr dated March 2, 2018 | |

| 22. | Photos of Areas of Study List Prepared for March 2018 Functional Assessment | |
|---|---|---|
| 23. | DPS Human Resources Division Position Requisition – Troop R Capitol Patrol dated May 11, 2018 | |
| 24. | DPS Human Resources Division Position Requisition – Troop A Capitol Patrol dated May 11, 2018 | |
| 25. | Announcement of Captain Position - Troop R opened June 28, 2018 | |
| 26. | Announcement of Captain Position - Troop A opened June 28, 2018 | |
| 27. | Email from Shavonne Lafayette dated June 29, 2018 with the Subject Notification of Captain Promotional Opportunities | |
| 28. | Email from Brian Orr to HROHP dated July 6, 2018 with the Subject Emailing CPT resume.wpd | |
| 29. | Email from Shavonne Lafayette dated July 9, 2018 with the subject FW: Notification of Captain Promotional Opportunities | |
| 30. | Documentation of Email List for Captain Promotional Opportunities Emails | |
| 31. | Board Member Non-Disclosure Forms for July 2018 Captain Promotional Opportunities | |
| 32. | Promotional Candidates Non-Disclosure of Oral Interview Information – Brian Orr | |
| 33. | Promotional Candidates Non-Disclosure of Oral Interview Information – Joe D. Williams | |
| 34. | Troop A Board Test Questions and Scoring - Brian Orr | |
| 35. | Troop R Board Questions and Scoring - Brian Orr | |
| 36. | Brian Orr Command Assessment Scores | |
| 37. | Emails between Shavonne Lafayette and Michael Harrell dated August 13, 2018 with the Subject RE Promotional Lists | |
| 38. | Email from JD Wilson to Majors Group (BCC to Rusty Rhoades and Michael | |

|  | | |
|---|---|---|
|  | Harrell) dated August 16, 2018 re: Promotions | |
| 39. | Personnel Transaction Freeze Exception Request - Troop R | |
| 40. | Personnel Transaction Freeze Exception Request - Troop A | |
| 41. | Garrett Vowell text message to Mike Harrell dated July 16, 2018 | |
| 42. | Troy German Audio Recording of Conversation with Brian Orr dated July 17, 2018 | |
| 43. | Transcript of Troy German Audio Recording of Conversation with Brian Orr dated July 17, 2018 | |
| 44. | Troy German Audio Recording of Conversation with Brian Orr dated August 1, 2018 | |
| 45. | Troy German Audio Recording of Conversation with Brian Orr dated August 3, 2018 | |
| 46. | Troy German Audio Recording of Conversation with Brian Orr dated August 15, 2018 | |
| 47. | Troy German Audio Recording of Conversation with Brian Orr dated August 15, 2018 (2) | |
| 48. | Text Messages Between Troy German and Rusty Rhoades | RHS Defendants 3-19 |
| 49. | Email from Troy German to Rusty Rhoades dated September 12, 2018 | RHS Defendants 20 |
| 50. | Email from Billie Watkins to DPS dated September 21, 2018 with the subject Promotion Ceremony | |
| 51. | Rusty Rhoades S7 SMS Extraction Report | |
| 52. | Rusty Rhoades S7 MMS Extraction Report | |
| 53. | Email from JD Wilson to Majors Group dated August 16, 2018 re Captain Selections | |
| 54. | Troy German Text Chats with Ashley Kehl | |
| 55. | Troop Z Case 18-0631CI Evidence List | |

4

| | |
|---|---|
| 56. | Rusty Rhoades Troop Z Statement |
| 57. | Rusty Rhoades Troop Z Interview – File 801_0166 |
| 58. | Rusty Rhoades Troop Z Interview – File 801_0069 |
| 59. | Michael S. Harrell Troop Z Statement |
| 60. | Michael Harrell Troop Z Interview – File 801_0165 Col. Michael Harrell.WMA |
| 61. | Michael Harrell Troop Z Second Interview – File 801_0068 COL Michael Harrell 2nd.WMA |
| 62. | Ashley Kehl Troop Z Interview – File 801_0073 Ashley Kehl.WMA |
| 63. | Captain Brian Orr Troop Z Interview – File 801_0061 Orr.WMA |
| 64. | Captain Brian Orr Troop Z Interview – File 801_00700 Orr2.WMA |
| 65. | Major Garrett Vowell Troop Z Interview – File 801_0058.WMA |
| 66. | Major Garrett Vowell Troop Z Interview – File 801_0071.WMA |
| 67. | Senator Roger Thompson Troop Z Interview – File 801_0066 |
| 68. | All other Troop Z Audio Recordings in Case 18-0631CI as necessary for impeachment or to refresh a witness' recollection |
| 69. | Certain Photographs Seized by Troop Z |
| 70. | Email from Megan Simpson to Barrett Bowers dated December 23, 2018 (showing BCC to Jason Holt) |
| 71. | Indictment |
| 72. | Information |
| 73. | Troy German Mugshot |
| 74. | DPS & OHP Statements re Indictment |
| 75. | Suspension with Pay Documentation |
| 76. | Dismissal of Information |
| 77. | German Retirement Memo |
| 78. | Email from Megan Simpson to Rusty Rhoades dated June 28, 2019 with attachment Press Release |

| | | |
|---|---|---|
| 79. | Email from Megan Simpson to Rusty Rhoades and Michael Harrell dated August 16, 2019 | |
| 80. | Email from Chip Keating to Rusty Rhoades and others dated August 17, 2019 re Pending Personnel Matters | |
| 81. | September 2, 2019 Letter from Kevin Stitt terminating Megan Simpson | |
| 82. | September 9, 2019 Notice of Personnel Action - Termination of Megan Simpson | |
| 83. | Court Minute in *State v. German* | German 6 |
| 84. | Billy D. "Rusty" Rhoades III *et al.* v. Kevin Stitt *et al.*, Verified Petition | |
| 85. | Invoice and Receipts from the Law Office of Michael S. Johnson | |
| 86. | German W2 and 1099s | |
| 87. | German OMES Statements | |
| 88. | German OLERS Statements | German 403-404 and 407-408 |
| 89. | Roger Thompson Text Messages with Kay Thompson | Thompson 4-6 |
| 90. | Roger Thompson Text Messages with Becky | Thompson 3 |
| 91. | Email from Alex Cameron to Roger Thompson dated August 16, 2019 | Thompson 2 |
| 92. | Oklahoma Department of Public Safety, OHP Major Case Record Time Line for Case I-18-19 | |
| 93. | OSBI Report re: Michale Rodriguez and Photos from OSBI Report and Color Photos of Evidence | |
| 94. | Letter from Michael Harrell to Gypsy Rodriguez dated February 21, 2019 re: OPS Investigation re Michael Rodriguez | |
| 95. | Oklahoma Department of Public Safety, OHP Major Case Record Time Line for Case I-18-18 | |
| 96. | Brian Orr # 52, I-19-10, Supplemental Summary and Findings From Secondary Investigation, Specifically Truthfulness | |

| 97.  | All audio recordings produced by CPT Troy German, including recordings of Brian Orr and voicemail recordings | |
|------|---|---|
| 98.  | INTENTIONALLY LEFT BLANK | |
| 99.  | INTENTIONALLY LEFT BLANK PER THE COURT'S ORDER DATED NOVEMBER 16, 2021 | |
| 100. | INTENTIONALLY LEFT BLANK PER THE COURT'S ORDER DATED NOVEMBER 16, 2021 | |
| 101. | Chief's Order 18-17578 | |
| 102. | I-19-10 Orr Inquiry | |
| 103. | I-19-10 Audio Recording of Paul Christian's interview of Major Garrett Vowell | |
| 104. | I-19-10 Audio Recording of Paul Christian's interview of Brian Orr | |
| 105. | I-19-10 Audio Recording of Paul Christian's interview of Brian Orr Part 1 | |
| 106. | I-19-10 Audio Recording of Paul Christian's interview of Brian Orr Part 2 | |
| 107. | Transcript of I-19-10 Audio Recording of Paul Christian's interview of Major Garrett Vowell | |
| 108. | Transcript of I-19-10 Audio Recording of Paul Christian's interview of Brian Orr | |
| 109. | Transcript of I-19-10 Audio Recording of Paul Christian's interview of Brian Orr Part 1 | |
| 110. | Transcript of I-19-10 Audio Recording of Paul Christian's interview of Brian Orr Part 2 | |
| 111. | Documents identified by any defendant and not otherwise objected to by Plaintiff | |
| 112. | Documents produced by any party or any person and not otherwise objected to by Plaintiff | |
| 113. | Documents necessary for rebuttal | |
| 114. | Documents necessary for impeachment | |
| 115. | Documents identified as exhibit at any deposition and not otherwise objected to by Plaintiff | |

Dated this <u>18th</u> day of November, 2021.

                                          /s/Barrett T. Bowers
                                          Barrett T. Bowers, OBA#30493
                                          THE BOWERS LAW FIRM
                                          P.O. Box 891628
                                          Oklahoma City, OK 73189
                                          (405) 727-7188 - T
                                          barrett@bowerslawok.com

                                          -and-

                                          Ward & Glass, LLP
                                          1601 36th Ave. NW, Ste. 100
                                          Norman, OK 73072
                                          (405) 360-9700 - T
                                          (405) 360-7902 - F
                                          **woody@wardglasslaw.com**
                                          **rstermer@wardglasslaw.com**

## CERTIFICATE OF SERVICE

      I certify that on the <u>18th</u> day of November, 2021, I served a true and correct copy of the above and foregoing on the following counsel of record:

Gentler F. Drummond
Garry M. Gaskins, II
Logan L. James
DRUMMOND LAW, PLLC
1500 South Utica Avenue, Suite 400
Tulsa, Oklahoma 74104-6522
**ATTORNEYS FOR DEFENDANTS
RHOADES, HARRELL, AND SIMPSON**

-and-

S. Alex Yaffe
Andrew M. Casey
Foshee and Yaffe
PO Box 890420
Oklahoma City, Oklahoma 73189

**ATTORNEYS FOR DEFENDANT ORR**

/s/Barrett T. Bowers
Barrett T. Bowers