IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TROY D. GERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CIV-19-751-F |
| v. ) | |
| ) | |
| BILLY D. "RUSTY" RHOADES *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO EXTEND**
**THE ADMINISTRATIVE CLOSING PERIOD**

**COMES NOW** Plaintiff Troy German and submits the following Motion to Extend the Administrative Closing Period. In support thereof, Plaintiff would show the Court as follows:

1. On December 21, 2021, this Court entered an Administrative Closing Order at the request of the parties. [Doc. 154]. The Order expires on January 20, 2022, the date of filing of this Motion.

2. Plaintiff requests that the Court extend the Administrative Closing Order by a period of ten (10) days. The written settlement agreement is complete, but Plaintiff has yet to receive the settlement proceeds. Plaintiff expects the settlement to be fully consummated within the next few days, and therefore a ten (10) day extension should suffice.

3. Plaintiff therefore respectfully requests that the Court enter an Order extending the period of administrative closure by ten (10) days, or until Monday, January 31, 2022.

Dated this 20th day of January, 2022.

/s/Barrett T. Bowers
Barrett T. Bowers, OBA#30493
THE BOWERS LAW FIRM
1611 N. Broadway Ave.
Second Floor
Oklahoma City, OK 73103
(405) 768-2907 – Office
(405) 727-7188 - Cell
barrett@bowerslawok.com

-and-

Ward & Glass, LLP
1601 36th Ave. NW, Ste. 100
Norman, OK 73072
(405) 360-9700 - T
(405) 360-7902 - F

## CERTIFICATE OF SERVICE

I certify that on the 20th day of January, 2022, I served a true and correct copy of the above and foregoing on the following counsel of record:

Gentler F. Drummond
Garry M. Gaskins, II
Logan L. James
DRUMMOND LAW, PLLC
1500 South Utica Avenue, Suite 400
Tulsa, Oklahoma 74104-6522
**ATTORNEYS FOR DEFENDANTS**
**RHOADES, HARRELL, AND SIMPSON**

-and-

S. Alex Yaffe
Andrew M. Casey
Foshee and Yaffe
PO Box 890420
Oklahoma City, Oklahoma 73189
**ATTORNEYS FOR DEFENDANT ORR**

/s/Barrett T. Bowers
Barrett T. Bowers