# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TROY D. GERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. CIV-19-751-F |
| v. | ) |
| | ) |
| BILLY D. "RUSTY" RHOADES *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**BEFORE THE COURT** is Plaintiff Troy D. German's Motion to Extend the Administrative Closing Period. The Court has reviewed the Motion and, for good cause shown, hereby **GRANTS** the Motion. The Administrative Closing Order will be extended by ten (10) days, until January 31, 2022.

IT IS SO ORDERED this 20th day of January, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0751p035.PO.docx