# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TROY D. GERMAN, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. CIV-19-751-F |
| ) | |
| (1) BILLY D. "RUSTY" RHOADES, ) | |
| Individually; ) | |
| (2) MICHAEL HARRELL, individually ) | |
| (3) BRIAN ORR, individually, and, ) | |
| (4) MEGAN SIMPSON, individually. ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT ORR'S MOTION TO EXTEND
## ADMINISTRATIVE CLOSING PERIOD

COMES NOW Defendant Brian Orr and submits the following Motion to Extend the Administrative Closing Period. In support thereof, Defendant would show the Court as follows:

1. On December 21, 2021, this Court entered an Administrative Closing Order at the request of the parties. [Doc. 154]. That Order expired on January 20, 2022, which was the same date plaintiff sought to extend the administrative closing order by ten (10) days. (Doc. No. 156).

1

2.      The original basis of the extension related to receipt of settlement proceeds. The written settlement agreement had been completed but plaintiff had not received proceeds.

3.      As an update, Plaintiff has received all but one check in relation to the settlement proceeds. The delay, to the best of counsel's knowledge, relates to an internal issue of the state treasurer's office which is currently being resolved. Representations have been made to counsel that the check will be presented by tomorrow morning on or around noon. Defendant Orr requests that the Court extend the Administrative Closing Order by a period of four (4) days to allow that final issue to be resolved and the last outstanding check to be issued. As with the previous motion, the written settlement agreement is complete. The parties are now only waiting on delivery of one outstanding check.

4. Defendant Orr therefore respectfully requests that the Court enter an Order extending the period of administrative closure by four (4) days, or until friday, February 4, 2022.

Dated: January 31, 2022

Respectfully submitted,

2

/s/Andrew M. Casey
S. Alex Yaffe, OBA No. 21063
Andrew M. Casey, OBA No. 32371
FOSHEE & YAFFE
PO BOX 890420
Oklahoma City, OK 73189
Telephone: (405) 378-3033
Facsimile:  (405) 632-3036
Email: andrewc@fylaw.com
**ATTORNEYS FOR DEFENDANT BRIAN ORR**

## CERTIFICATE OF MAILING

I hereby certify that on the _31st_ day of January, 2022, a true and complete copy of the above and foregoing *DEFENDANT BRIAN ORR's motion to extend the administrative closing period,* was delivered by being deposited in the U.S. mail, with proper postage affixed thereon, emailed and/or hand-delivered, via licensed process server to the following:

Barrett Bowers
**Attorneys for Plaintiff**

**Garry M. Gaskins,**
**Attorney for Defendants Simpson, Rhoades, and Harrell**

/s/Andrew M. Casey
Andrew M. Casey, Esq., OBA No. 32371

3