UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TROY D. GERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-19-751-F |
| ) | |
| (1) BILLY D. "RUSTY" RHOADES, ) | |
| Individually; ) | |
| (2) MICHAEL HARRELL, individually ) | |
| (3) BRIAN ORR, individually, and, ) | |
| (4) MEGAN SIMPSON, individually. ) | |
| ) | |
| Defendants. ) | |

## ORDER

BEFORE THE COURT is Defendant Brian Orr's Motion to Extend Administrative Closing Period. The Court has reviewed the motion and, for good cause shown, hereby GRANTS the Motion. The administrative closing order will be extended by four (4) days, until February 4, 2022.

IT IS SO ORDERED this 1st day of February, 2022.

\#

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0751p036.PO.docx