# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TROY D. GERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-751-F |
| | ) |
| BILL D. "RUSTY" RHOADES, individually; MICHAEL HARRELL, individually; BRIAN ORR, individually; and MEGAN SIMPSON, individually, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF OBJECTION TO SETTLEMENT

Defendants, Billy D. "Rusty" Rhoades, Michael Harrell, and Megan Simpson ("RHS Defendants"), hereby provide notice that they are not parties to the settlement between Plaintiff and the Oklahoma Department of Public Safety *ex rel.* Defendant Brian Orr. The RHS Defendants have objected to any settlement in this matter because they wish to clear their names through a trial on the merits. It was the RHS Defendants' understanding that their objection to the settlement would be identified in the formal dismissal with prejudice of this case or noted in a motion to dismiss the case. Because the case is being dismissed with prejudice (thus making the RHS Defendants the prevailing parties), the RHS Defendants understand that they cannot prevent the settlement. The RHS Defendants simply file this Notice because their objection to the settlement has not yet been noted in any dismissal paperwork filed with the Court.

**Respectfully Submitted,**

By: s/Garry M. Gaskins, II
Gentner F. Drummond, OBA #16645
Gentner.Drummond@drummond.law
Garry M. Gaskins, II, OBA #20212
Garry.Gaskins@drummond.law
DRUMMOND LAW, PLLC
1500 South Utica Avenue, Suite 400
Tulsa, Oklahoma 74104-6522
Telephone: (918) 749-7378
Facsimile: (918)749-7869
*Attorney for Defendants, Billy D. "Rusty" Rhoades, Michael Harrell, and Megan L. Simpson*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Stanley M. Ward
Woodrow K. Glass
Barrett T. Bowers
Andrew M. Casey
S. Alex Yaffe

s/Garry M. Gaskins, II
Garry M. Gaskins, II